UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS<br><br>            PLAINTIFF,<br>V.<br><br>HEERY INTERNATIONAL, INC.<br><br>            DEFENDANT | CIVIL ACTION NO.<br>3:01CV951 (CFD)<br><br><br><br><br><br>DECEMBER 31, 2003 |

**PLAINTIFF'S REQUEST FOR LEAVE
TO CONDUCT ADDITIONAL DEPOSITION OF DANIEL WISE**

   Pursuant to Fed. R. Civ. Proc. 30 the Plaintiff, Tonya Rollins requests leave of court to conduct an additional deposition of Daniel Wise, the Defendant Heery's Director of Human Resources which was completed by the Plaintiff on January 24, 2003. As set forth in detail in the Plaintiff's Memorandum of Law attached hereto, the reason for this request is that the Plaintiff's counsel received on February 24, 2003, after Mr. Wises' deposition was complete, relevant documents relating to similar claims of racial discrimination among other things by another employee in the Document Control Department where the Plaintiff worked

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

        THE PLAINTIFF,
        TONYA ROLLINS


        By:_____
          Holly Quackenbush Darin (Ct. 10183)
          Michael E. Satti (Ct. 01311)
          Satti & Satti, P.C.
          225 State Street, Suite 200
          New London, CT 06320
          (860) 447-8975
          -Her Attorneys-


## **CERTIFICATION**

      The undersigned hereby certified that the foregoing motion was mailed, first class, postage prepaid, this 31st day of December 2003 to all counsel and pro se parties of record as listed below:

Robert L. Keepnews
Suzanne M. LaPlante
Berman & Sable
1 Financial Plaza
Hartford, CT 06103


                                        _____
                                        Holly Quackenbush Darin