# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV951 (CFD) |
| V. | |
| HEERY INTERNATIONAL, INC., L.C. ASSOCIATES, INC. | |
| DEFENDANTS. | JANUARY 21, 2003 |

### RE-NOTICE OF DEPOSITION

NOTICE IS HEREBY GIVEN, that the Plaintiff, Tonya Rollins will take the deposition upon oral examination of the Defendant, Heery International, Inc., specifically Daniel P. Wise in his capacity as Director of Human Resources for Heery International, Inc. (the "Deponent") on Friday, January 24, 2003 at 9:30 am, at the Capitol Hill Conference Center, 101 Constitution Avenue, 8th Floor, Pennsylvania Room, Washington, DC, before a notary public or other competent authority. The oral examination will continue from day to day until completed. You are invited to attend and examine the Deponent at such time.

AND you are further commanded to bring with you and produce at the same time and place:

Any and all documents, including but not limited to hand-written notes, memoranda and draft memoranda related to any discussion with any current or former employee of Heery International, Inc. or any other third party concerning Tonya Rollins and/or missing drawings.

THE PLAINTIFF,
TONYA ROLLINS

By: /s/ Michael E. Satti
Michael E. Satti (Ct. 01311)
Holly Quackenbush Darin (Ct. 10183)
Satti & Satti
225 State Street
Suite 200
New London, CT 06320
(860) 447-8975
-Her Attorneys-

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and regular mail, postage prepaid, this 21st day of January, 2003 to the following:

Ursula L. Haerter
Erin O'Brien
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

/s/ Michael E. Satti
Michael E. Satti

# EXHIBIT B

274

1  allegations that she made of sexual harassment and
2  physical touching?
3      A.   Would I have notes?
4           No.
5           I would have relied on the documents that
6  we went through during the period of time that the
7  touching apparently happened.  I think that the
8  response to that was that it was looked into and that
9  it wasn't -- you know, that it was addressed
10 appropriately at the time with Terry and with Jeff.
11          Is that what -- that response would have
12 been prepared I think in concert with Richard.  I
13 think that that would be referring to that -- those
14 instances.
15     Q.   Is it your testimony that you believe as
16 you sit here today, and it's been a long day, and I
17 acknowledge that -- is it your testimony that you
18 believe as you sit here under oath that the
19 allegation that Tonya Rollins made of physical sexual
20 harassment only involved Terry Doll-Butler and
21 Jeffrey Kyner?
22     A.   That's my recollection, but that we -- I

# EXHIBIT C

284

1  exhibit number is it, sir?

2           4?

3      A.   4.

4           Is that when this was introduced?

5           I don't know.  I think -- I know I'm very

6  tired, but my -- I'm not connecting with at what

7  point there was actually discussion about touching of

8  the breast.  I don't think it was when -- I don't

9  think it came up in the discussions that we had with

10 Kyner.  I'm just not sure.

11          MR. SATTI:  I have no further questions.

12          MS. HAERTER:  I have no questions.

13          (Whereupon, at 5:37 p.m., the deposition

14 of DANIEL PAUL WISE was concluded.)

15

16

17

18

19

20

21

22

# EXHIBIT D

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS<br><br>Plaintiff,<br><br>V.<br><br>HEERY INTERNATIONAL, INC.<br><br>Defendant | CIVIL ACTION NO.<br>3:01CV951(CFD)<br><br><br><br><br><br>MAY 22, 2002 |

### SUBPOENA DUCES TECUM

TO:   CUSTODIAN OF RECORDS
      L - C Associates, Inc.
      1960 Silas Deane Highway
      Rocky Hill, Connecticut 06067

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to appear at the Law Offices of Pepe & Hazard, Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103 on **Friday, May 24, 2002 at 10 a.m.**, then and there to testify as to what is known in the above-referenced case, or to such day

thereafter and within sixty (60) days hereof on which said action is to be heard or continued.

**YOU ARE FURTHER COMMANDED TO BRING WITH YOU AND PRODUCE** at the same time and place any and all documentation and materials identified in the attached Schedule A.

HEREOF FAIL NOT, UNDER PENALTY OF THE LAW IN THAT CASE PROVIDED.

Dated at Hartford, Connecticut this 22nd day of May, 2002.

To any proper officer or indifferent person to serve and return.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ursula L. Haerter
　　　　　　　　　　　　　　　　　　　　　Commissioner of the Superior Court

2

## Schedule A

1. All the employment records, including personnel files, for the employees of L - C Associates who were assigned to the Document Control Department of the Amtrak High Speed Rail Project in Old Saybrook, Connecticut, including, but not limited to, Theresa Doll-Butler, Kajuana Hamilton, Michele Eligio, Dave Spearly, and David Cowert.

2. All documents related to claims of employment discrimination against L.C. Associates for the period beginning July 1, 1997 to the present, whether presented to the company or filed with an agency or court, involving any employees of L - C Associates who were assigned to the Document Control Department of the Amtrak High Speed Rail Project in Old Saybrook, Connecticut.

STATE OF  CT  )
             )
COUNTY OF HHfd,)      ss: __Rocky Hill__   5/22/02

By virtue hereof, I read the within Subpoena in the presence and hearing of the within named witness, Custodian of Records of L.C. Associates, Inc.,* and paid/tendered to said witness the fees allowed by law.

*Dr. Frank Chuang

Attest: _____
~~Deputy Sheriff-Constable~~
Indifferent Person
Richard S. Aiudi

Pages           10.00
Witness fee:  $  45.00
Service:      $  20.00
Travel:       $  20.00
Endorsement:  $   2.00
Total:        $  97.00

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS : | CIVIL ACTION NO. |
| : | 3:01CV951(CFD) |
| Plaintiff, : | |
| : | |
| V. : | |
| : | |
| HEERY INTERNATIONAL, INC. : | |
| : | |
| Defendant : | May 22, 2002 |

### NOTICE OF DEPOSITION

TO: HOLLY QUACKENBUSH DARIN, ESQ.
Satti & Ryan, LLP
225 State Street, Suite 200
New London, CT 06320
*Attorneys for Plaintiff Tonya Rollins*

PLEASE TAKE NOTICE that pursuant to FED. R. CIV. P. 30, at **10.00 a.m. on Friday, May 24, 2002**, Defendant Heery International, Inc., through its attorneys, will take the deposition upon oral examination of **L - C ASSOCIATES, INC.**, through the officers, directors, and managing agents or other persons designated pursuant to FED. R. CIV. P. 30(b)(6) by said **L - C ASSOCIATES, INC.**, who are most knowledgeable as to the events and allegations set forth in the Complaint filed in the above-captioned action.

The deposition will be taken at the offices of Pepe & Hazard, LLP, 225 Asylum Street, Hartford, Connecticut 06103.

The deposition will take place before a duly authorized notary public or other competent authority and will continue from day to day until completed.

The deponent is requested to produce the documents and materials identified in the attached Schedule A at the deposition.

You are invited to attend and cross-examine.

>
> Respectfully submitted,
> DEFENDANT: HEERY
> INTERNATIONAL, INC.
>
> By_____
> Ursula L. Haerter (ct 19479)
> Frank N. Cassetta (ct 18773)
> Pepe & Hazard LLP
> Its Attorneys
> Goodwin Square
> Hartford, CT 06103
> Telephone No.: (860) 522-5175
> Facsimile No.: (860) 522-27976
> E-mail: uhaerter@pepehazard.com
>         fcassetta@pepehazard.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Deposition of L - C Associates, Inc., has been sent, via U.S. certified mail, return receipt requested, this 22nd day of May 2002, to:

*Counsel for Tonya Rollins:*

    Holly Quackenbush Darin, Esq.
    Satti & Ryan
    225 State Street, Suite 200
    New London, CT 06320

                                                               _____
                                                                Ursula L. Haerter


cc:    Brandon Reporting Service
        11-A Capitol Avenue
        Hartford, CT 06103

        James F. Shea, Esq.
        Jackson, Lewis, Schnitzler & Krupman
        55 Farmington Avenue
        Suite 1200
        Hartford, CT 06105

## Schedule A

1.   All the employment records, including personnel files, for the employees of L - C Associates who were assigned to the Document Control Department of the Amtrak High Speed Rail Project in Old Saybrook, Connecticut, including, but not limited to, Theresa Doll-Butler, Kajuana Hamilton, Michele Eligio, Dave Spearly, and David Cowert.

2.   All documents related to claims of employment discrimination against L.C. Associates for the period beginning July 1, 1997 to the present, whether presented to the company or filed with an agency or court, involving any employees of L - C Associates who were assigned to the Document Control Department of the Amtrak High Speed Rail Project in Old Saybrook, Connecticut.

State of Connecticut    )
                                ) ss  Rocky Hill    5/22/02
County of Hartford    )

Then and by virtue thereof, I made due service of the within Notice of Deposition by reading the same in the presence and hearing of and leaving a true and attested copy thereof with the following person:    Dr. Frank Chuong at C-C Associates, Inc.

Attest,

_____
Richard S. Aiudi
Indifferent Person