UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS<br>    Plaintiff, | :  CIVIL ACTION NO.:<br>:  3:01CV951 (CFD) |
| V. | : |
| HEERY INTERNATIONAL, INC.,<br>    Defendant | :<br>:  FEBRUARY 3, 2004<br>: |

## MOTION TO DISMISS AND FOR
## SANCTIONS AND COSTS

Defendant in the above-captioned action hereby moves for an Order dismissing such action, or imposing sanctions and costs against the Plaintiff, under this Court's inherent authority as articulated in Chambers v. NASCO, Inc., 501 U.S. 32 (1991).

Defendant is filing herewith a supporting Memorandum of Law setting forth the factual basis for its Motion, together with the points and authorities upon which it relies.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANT

By: _____
ROBERT L. KEEPNEWS (ct06787)
Berman and Sable LLC
One Financial Plaza
Hartford, Connecticut 06103
Tel: (860) 527-9699
Fax: (860) 527-9077
E-mail:rkeepnews@bermansable.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion to Dismiss and for Sanctions and Costs, dated February 3, 2004, was mailed, via U.S. mail, first class, postage prepaid on this 3rd day of February, 2004 to:

Holly Quackenbush-Darin, Esq.
Michael E. Satti, Esq.
Satti & Satti
225 State Street, Suite 200
New London, Connecticut 06320

_____
ROBERT L. KEEPNEWS