**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TONYA ROLLINS<br><br>                    PLAINTIFF,<br>V.<br><br>HEERY INTERNATIONAL, INC.<br><br>                    DEFENDANT | CIVIL ACTION NO.<br>3:01CV951 (CFD)<br><br><br><br><br><br>FEBRUARY 24, 2004 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiff, Tonya Rollins, ("Plaintiff Rollins"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an extension of time of two (2) weeks from February 26, 2004 up to and including March 11, 2004, to respond to the Defendant's Motion to Dismiss and For Sanctions and Costs dated February 3, 2004. In support hereof Plaintiff Rollins represents as follows:

1. On February 6, 2004, the undersigned sent correspondence to Attorney Keepnews in response to their filing of the Motion to Dismiss and for Sanctions and costs and consequently asked that they withdraw their motion. To date, counsel for the Defendant has not yet done so or responded to the letter.(See letter attached as Exhibit A)

2. On February 9, 2004 Plaintiff's counsel Michael Satti underwent a spinal fusion and removal of a cervical disc and will be unable to work for approximately two (2) weeks and is prohibited from driving for one (1) month.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

3.As a result of the undersigned is attempting to cover both Attorney Satti's and her files in his absence and this extension is necessary to enable her to properly respond to the motion.

4.On February 24, 2004, the office of the Plaintiff's counsel contacted Robert Keepnews, counsel for Defendant Heery International who stated that he consents to the requested extension of time.

WHEREFORE, the Plaintiff, Tonya Rollins respectfully requests an additional extension up to and including March 11, 2004, to respond to the Defendants Motion to Dismiss and for Sanctions and Costs.

THE PLAINTIFF,
TONYA ROLLINS


By:_____
Holly Quackenbush Darin
Michael E. Satti
Satti & Satti, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
Juris No. 418059
-Her Attorneys-

## **CERTIFICATION**

      The undersigned hereby certifies that the foregoing has been mailed first class postage prepaid and sent by facsimile, this 24th day of February, 2004 to all counsel and pro se parties of record as listed below:

Robert L. Keepnews
Berman & Sable, L.L.C.
One Financial Plaza
Hartford, CT  06103

Suzanne LaPlante
Berman & Sable, L.L.C.
One Financial Plaza
Hartford, CT  06103

                                                                                                                     _____

                                                                                                                     Holly Quackenbush Darin