UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

TONYA ROLLINS

        PLAINTIFF,

V.

HEERY INTERNATIONAL, INC.

        DEFENDANT

CIVIL ACTION NO.
3:01CV951 (CFD)

FEBRUARY 24, 2004

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Tonya Rollins, ("Plaintiff Rollins"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an extension of time of two (2) weeks from February 26, 2004 up to and including March 11, 2004, to respond to the Defendant's Motion to Dismiss and For Sanctions and Costs dated February 3, 2004. In support hereof Plaintiff Rollins represents as follows:

1. On February 6, 2004, the undersigned sent correspondence to Attorney Keenews in response to their filing of the Motion to Dismiss and for Sanctions and costs and consequently asked that they withdraw their motion. To date, counsel for the Defendant has not yet done so or responded to the letter.(See letter attached as Exhibit A)

2. On February 9, 2004 Plaintiff's counsel Michael Satti underwent a spinal fusion and removal of a cervical disc and will be unable to work for approximately two (2) weeks and is prohibited from driving for one (1) month.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/2/04