LAW OFFICES

## BERMAN AND SABLE

MICHAEL P. BERMAN*†
JOEL N. SABLE
STEVEN A. BERMAN
JAMES W. OLIVER*
JAMES J. BRAULT
ROBERT J. CAFFREY**
ROBERT L. KEEPNEWS†
DAVID R. LEVESQUE
SUZANNE LAPLANTE†
JOSÉ A. AGUIAR*
JAMES M. SAYA*

100 PEARL STREET

HARTFORD, CONNECTICUT 06103
———

TEL: (860) 527-9699
FAX: (860) 527-9077
E-MAIL: info@bermansable.com
WEB: www.bermansable.com

NEW HAVEN OFFICE

195 Church Street
New Haven, Connecticut 06510
———
TEL: (203) 495-6200
FAX: (203) 495-6220

*ALSO ADMITTED IN MASSACHUSETTS
**ALSO ADMITTED IN OHIO
†ALSO ADMITTED IN NEW YORK

September 10, 2003

Michael E. Satti, Esq.
Satti & Satti, LLP
225 State Street
New London, CT  06320

> Re:  Tonya Rollins v. Heery International, Inc.
>       Civil Action No.:  3:01CV951 (CFD)

Dear Mr. Satti:

I am writing in anticipation of the telephonic status conference to be held in the above-referenced matter on September 23, 2003. As directed by the Court, I will have a conference call operator call you at (860) 447-8975 shortly before 10:00 a.m. so that we can together conference in Magistrate Judge Garfinkel.

In order to gain maximum benefit from the status conference, I would like to bring to your attention the matters that I think need be addressed. By the same token, if you have additional agenda items to put before Judge Garfinkel, I would appreciate your alerting me to them prior to the status conference.

At the outset, I would remind you of your ongoing obligation to update your responses to our discovery requests. For example, please update all information previously provided concerning Ms. Rollins' employment history, tax returns, and criminal convictions, as well as any other information which has changed since your initial responses. Please let me know when we might expect to receive the required supplemental discovery response.

In reviewing the file, I note that we were never provided with signed Releases allowing us to obtain employment, medical and credit information regarding your client. For your convenience, I am enclosing copies of the prior correspondence concerning release of this information,

Michael E. Satti, Esq.
September 10, 2003
Page 2

as well as new Release forms designating our firm as the proper recipient of the requested information.

I intend to ask Judge Garfinkel to approve the re-opening of discovery for a period of 60-90 days so that we might propound some narrow and focused written discovery and perhaps depose some third party witness(es).

We are in the process of reviewing documents to comply with Judge Garfinkel's recent Ruling on Discovery Motions. I should know in a week or so how lengthy that supplemental response will be.

If, between now and September 23rd, there arise other issues to be discussed at the status conference, I will let you know. As requested above, if there are other issues besides those set forth in this letter that you wish to raise at that time, please let me know in advance.

Very truly yours,

Robert L. Keepnews

RLK/jls

Enclosures

# ROBINSON & COLE LLP

URSULA L. HAERTER

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
uhaerter@rc.com
Direct (860) 275-8367

February 13, 2003.

**Via Facsimile and U.S. Mail**

Michael Satti, Esq.
Satti & Satti, Attorneys at Law
225 State Street -- Suite 200
New London, CT 06320

**Re: Tonya Rollins v. Heery International, Inc.**
    **Civil Action No. 3:01CV951(CFD)**

Dear Attorney Satti:

While we are still evaluating the potential conflicts issues discussed yesterday, my client is eager to move forward in securing the information about plaintiff that may be obtained with authorization forms. In that regard, as you represented to Judge Droney that your client would provide executed authorization forms for employment and medical records, enclosed are updated forms for plaintiff's signature.

In addition, please find enclosed the proposed credit information authorization form to allow defendant to obtain credit report information regarding plaintiff. As discussed at the status conference on February 6, 2003, if plaintiff takes issue with the form, we will be requesting Judge Droney to approve the form and issue an order requiring plaintiff to execute the form. We would appreciate any comments or objections with respect to the consent form by mid-day tomorrow.

Sincerely,

Ursula L. Haerter

Law Offices

BOSTON

HARTFORD          dab

NEW LONDON

STAMFORD          cc:    Richard Nikonovich Kahn (via facsimile)

GREENWICH

NEW YORK

www.rc.com

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO: Any and all employers

RE: Tonya Rollins

YOU ARE HEREBY AUTHORIZED to furnish Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT, 06103, attention: Ursula L. Haerter, complete copies of any and all employment records, including, but not limited to, any personnel, medical, and payroll records, materials related to employment applications, and any other documents of any nature in your possession, custody, or control, concerning the undersigned, Tonya Rollins, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson. The undersigned may have used the following social security numbers: 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, 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, 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, and 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.

The undersigned further waives and releases all employers from any and all restrictions imposed by law from disclosing or revealing any record or information concerning my employment, including but not limited to medical information, in accordance with this authorization, to the law offices of Robinson & Cole LLP.

A photocopy of this release is as valid as the original.

_____          _____          _____
Tonya Rollins                            Date                      Social Security Number

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION

TO:    Any and all providers of health care services, including but not limited to mental health, dental, and psychological services

RE:    Tonya Rollins

YOU ARE HEREBY AUTHORIZED to furnish Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT, 06103, attention: Ursula L. Haerter, complete copies of any and all records, reports, correspondence, notes, memoranda, invoices, and all other documents of any nature in your possession, custody, or control, that identify or in any way relate to any and all treatments, examinations, diagnosis, counseling, testing, prescription medications and/or related services received by, or rendered to or on behalf of Tonya Rollins, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, at any time from January 1, 1990 to the present. The undersigned may have used the following social security numbers: 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, 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, 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, and 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.

This information is for purposes of the defense by Heery International, Inc. of claims in *Tonya Rollins v. Heery International, Inc.*, 3:01CV951 (CFD). This authorization is for all papers, without exclusion, contained in my files regardless of form or content.

The undersigned further waives and releases any physician or medical facility from and all restrictions imposed by law from disclosing or revealing any record or information concerning my physical and mental condition, in accordance with this authorization, to the law offices of Robinson & Cole LLP.

A photocopy of this release is as valid as the original.

_____    _____    _____

Tonya Rollins                      Date                    Social Security Number

## AUTHORIZATION FOR RELEASE OF CREDIT REPORT INFORMATION

TO:

| | | |
|---|---|---|
| Keeper of the Records | Keeper of the Records | Keeper of the Records |
| Experian | TransUnion LLC | Equifax Information Services, |
| 200 Madison Avenue | c/o The Prentice-Hall | L.L.C. |
| Sixth Floor | Corporation System, Inc. | c/o The Prentice Hall |
| New York, NY 10016-3903 | 94 Hungerford Street | Corporation System, Inc. |
| | Hartford, CT 06106 | 94 Hungerford Street |
| | | Hartford, CT 06106 |

The undersigned hereby requests and authorizes you to furnish to Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103 Attn: Ursula Haerter, complete copies of the following:

(1) Any and all documents and information, including but not limited to credit reports, related to Tonya Rollins, date of birth July 13, 1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, Social Security number 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.

(2) Any and all documents and information, including but not limited to credit reports, related to Tonya Rollins, date of birth July 13, 1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, with respect to the following addresses:

> 30 Cliff Street, Norwich, CT 06360
> 78 Laurel Drive, New London, CT 06320
> 487 Williams Street, New London, CT 06320
> PO Box 1022, New London, CT 06320
> 132 Paul Revere Road, Groton, CT 06340
> 32 Paul Revere Road, Groton, CT 06340
> 24 Avery Court, New London, CT 06320
> 49 Quarto Road, Norwich, CT 06350
> 49 Quarto Road, Norwich, CT 06360
> 49 Quarto Road, Waterford, CT 06385
> 39 Quarto Road, Norwich, CT 06360
> 172 S. Francis Avenue, Pontiac, MI, 48342
> 762 W. Huron Street, Pontiac, MI 48341

5896 Briarwood Court, Clarkston, MI 48346
93 State Pier, New London, CT 06320
40 Beldon Street, New London, CT 06320
65 Michael Road, New London, CT 06320
11 Anthony Road, New London, CT 06320
200 Spicer Hill Road, Ledyard, CT 06339
20 Connecticut Avenue, New London, CT 06320
29 Connecticut Avenue, New London, CT 06320
19 Quall Road, Preston, CT 06365
305 Pennysyson Way, Tarboro, NC 27886

(3) Any and all documents and information, including but not limited to credit reports, related to Tonya Rollins, date of birth July 13, 1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, with respect to any of the following Social Security Numbers: 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, 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, 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.

This information is for purposes of the defense by Heery International, Inc. of claims in *Tonya Rollins v. Heery International, Inc.*, 3:01CV951 (CFD). The undersigned waives and releases any and all consumer reporting agencies from any and all restrictions imposed by law from disclosing or revealing any record or information described above, in accordance with this authorization.

A photocopy of this authorization and release is as valid as the original.

__Tonya Rollins_____    ___Date_____    ___Social Security Number___

Street Address

City

State

Zip

2

# ROBINSON & COLE LLP

URSULA L. HAERTER

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
uhaerter@rc.com
Direct (860) 275-8367

February 14, 2003

The Honorable Christopher F. Droney
U.S. District Court
450 Main Street
Hartford, CT 06103

Re:     **Tonya Rollins vs. Heery International, Inc.**
        **Docket No.: 3:01CV951 (CFD)**

Dear Judge Droney:

In accordance with Your Honor's instructions during the parties' status conference on
February 6, 2003, enclosed please find Defendant's proposed Authorization for Release of
Credit Report Information. As reflected in the attached correspondence, Plaintiff was
provided a copy of the proposed authorization and invited to comment, but Defendant has
received no response to date.

Defendant respectfully requests an order of the court requiring Plaintiff's execution of the
Authorization expeditiously in order for Defendant to secure additional information
regarding the multiple names and social security numbers associated with Plaintiff. A
proposed order has also been enclosed for the court's convenience.

Thank you for your assistance.

Sincerely,

Ursula L. Haerter

*Law Offices*

BOSTON

HARTFORD          cc:     Michael E. Satti
NEW LONDON                Richard Nikonovich-Kahn

STAMFORD          Enclosures

GREENWICH

NEW YORK

*www.rc.com*

## AUTHORIZATION FOR RELEASE OF CREDIT REPORT INFORMATION

TO:

| | | |
|---|---|---|
| Keeper of the Records | Keeper of the Records | Keeper of the Records |
| Experian | TransUnion LLC | Equifax Information Services, |
| 200 Madison Avenue | c/o The Prentice-Hall | L.L.C. |
| Sixth Floor | Corporation System, Inc. | c/o The Prentice Hall |
| New York, NY 10016-3903 | 94 Hungerford Street | Corporation System, Inc. |
| | Hartford, CT 06106 | 94 Hungerford Street |
| | | Hartford, CT 06106 |

The undersigned hereby requests and authorizes you to furnish to Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103 Attn: Ursula Haerter, complete copies of the following:

(1) Any and all documents and information, including but not limited to credit reports, related to Tonya Rollins, date of birth July 13, 1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, Social Security number 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.

(2) Any and all documents and information, including but not limited to credit reports, related to Tonya Rollins, date of birth July 13, 1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, with respect to the following addresses:

> 30 Cliff Street, Norwich, CT 06360
> 78 Laurel Drive, New London, CT 06320
> 487 Williams Street, New London, CT 06320
> PO Box 1022, New London, CT 06320
> 132 Paul Revere Road, Groton, CT 06340
> 32 Paul Revere Road, Groton, CT 06340
> 24 Avery Court, New London, CT 06320
> 49 Quarto Road, Norwich, CT 06350
> 49 Quarto Road, Norwich, CT 06360
> 49 Quarto Road, Waterford, CT 06385
> 39 Quarto Road, Norwich, CT 06360
> 172 S. Francis Avenue, Pontiac, MI, 48342
> 762 W. Huron Street, Pontiac, MI 48341

5896 Briarwood Court, Clarkston, MI 48346
93 State Pier, New London, CT 06320
40 Beldon Street, New London, CT 06320
65 Michael Road, New London, CT 06320
11 Anthony Road, New London, CT 06320
200 Spicer Hill Road, Ledyard, CT 06339
20 Connecticut Avenue, New London, CT 06320
29 Connecticut Avenue, New London, CT 06320
19 Quail Road, Preston, CT 06365
305 Pennysyson Way, Tarboro, NC 27886

(3) Any and all documents and information, including but not limited to credit reports, related to Tonya Rollins, date of birth July 13, 1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, with respect to any of the following Social Security Numbers: 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, 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, 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.

This information is for purposes of the defense by Heery International, Inc. of claims in *Tonya Rollins v. Heery International, Inc.*, 3:01CV951 (CFD). The undersigned waives and releases any and all consumer reporting agencies from any and all restrictions imposed by law from disclosing or revealing any record or information described above, in accordance with this authorization.

A photocopy of this authorization and release is as valid as the original.

| | | |
|---|---|---|
| Tonya Rollins | Date | Social Security Number |

Street Address

City

State

Zip

2

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

TONYA ROLLINS,                              CIVIL NO. 3:01CV951(CFD)
    Plaintiff,
                             :

V.                                     :

HEERY INTERNATIONAL, INC.,     :
    Defendant.                     :

## ORDER

It is hereby ORDERED that the plaintiff, Tonya Rollins, execute Defendant's

Authorization for Release of Credit Report Information, and provide same to Defendant on or

before February 21, 2003.

BY THE COURT

_____

The Honorable Christopher F. Droney

Dated on this      day of        , 2003

HART1-1080689-1

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:  Any and all employers

RE:  Tonya Rollins

YOU ARE HEREBY AUTHORIZED to furnish Berman and Sable, 100 Pearl Street, Hartford, Connecticut 06103, attention: Robert L. Keepnews, complete copies of any and all employment records, including, but not limited to, any personnel, medical, and payroll records, materials related to employment applications, and any other documents of any nature in your possession, custody, or control, concerning the undersigned, Tonya Rollins, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson. The undersigned may have used the following social security numbers: 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, 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, 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, and 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.

The undersigned further waives and releases all employers from any and all restrictions imposed by law from disclosing or revealing any record or information concerning my employment, including but not limited to medical information, in accordance with this authorization, to the law offices of Berman and Sable.

A photocopy of this release is as valid as the original.

_____          _____          _____
Tonya Rollins             Date                  Social Security Number

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION

TO: Any and all providers of health care services, including but not limited to mental health, dental, and psychological services

RE:    Tonya Rollins

YOU ARE HEREBY AUTHORIZED to furnish Berman and Sable, 100 Pearl Street, Hartford, Connecticut 06103, attention: Robert L. Keepnews, complete copies of any and all records, reports, correspondence, notes, memoranda, invoices, and all other documents of any nature in your possession, custody, or control, that identify or in any way relate to any and all treatments, examinations, diagnosis, counseling, testing, prescription medications and/or related services received by, or rendered to or on behalf of Tonya Rollins, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, at any time from January 1, 1990 to the present. The undersigned may have used the following social security numbers: 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, 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, 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, and 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.

This information is for the purposes of the defense by Heery International, Inc. of claims in *Tonya Rollins v. Heery International, Inc.,* 3:01CV951 (CFD). This authorization is for all papers, without exclusion, contained in my files regardless of form or content.

The undersigned further waives and releases any physician or medical facility from any and all restrictions imposed by law from

disclosing or revealing any record or information concerning my physical and mental condition, in accordance with this authorization, to the law offices of Berman and Sable.

A photocopy of this release is as valid as the original.

| Tonya Rollins | Date | Social Security Number |

\\BERMAN\SYS\USERS\SHARED\LIT\Heery-Rollins\Authorization, Medical.doc

## AUTHORIZATION FOR RELEASE OF CREDIT REPORT INFORMATION

**TO:**

| Keeper of the Records | Keeper of the Records | Keeper of the Records |
|---|---|---|
| Experian | TransUnion LLC | Equifax Information |
| 200 Madison Ave. | c/o The Prentice-Hall | Services, L.L.C. |
| Sixth Floor | Corporation System, | c/o Prentice Hall |
| New York, NY 10016- | 94 Hungerford St. | Corporation System, Inc. |
| 3903 | Hartford, CT 06106 | 94 Hungerford St. |
| | | Hartford, CT 06106 |

The undersigned hereby requests and authorizes you to furnish to

Berman and Sable, 100 Pearl Street, Hartford, Connecticut 06103 Attn:

Robert L. Keepnews, complete copies of the following:

(1)    Any and all documents and information, including but not

limited to credit reports, related to Tonya Rollins, date of birth July 13,

1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L.

Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, Social

Security number 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.

(2)    Any and all documents and information, including but not

limited to credit reports, related to Tonya Rollins, date of birth July 13,

1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L.

Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, with

respect to the following addresses:

> 30 Cliff Street, Norwich, CT 06360
> 78 Laurel Drive, New London, CT 06320
> 487 Williams Street, New London, CT 06320
> P.O. Box 1022, New London, CT 06320
> 132 Paul Revere Road, Groton, CT 06340
> 32 Paul Revere Road, Groton, CT 06340
> 24 Avery Court, New London, CT 06320
> 49 Quarto Road, Norwich, CT 06350

49 Quarto Road, Norwich, CT 06360
49 Quarto Road, Waterford, CT 06385
39 Quarto Road, Norwich, CT 06360
172 S. Francis Avenue, Pontiac, MI 48342
762 W. Huron Street, Pontiac, MI 48341
5896 Briarwood Court, Clarkston, MI 48346
93 State Pier, New London, CT 06320
40 Belden Street, New London, CT 06320
65 Michael Road, New London, CT 06320
11 Anthony Road, New London, CT 06320
200 Spicer Hill Road, Ledyard, CT 06339
20 Connecticut Avenue, New London, CT 06320
29 Connecticut Avenue, New London, CT 06320
19 Quall Road, Preston, CT 06365
305 Pennysyson Way, Tarboro, NC 27886

(3)    Any and all documents and information, including but not limited to credit reports, related to Tonya Rollins, date of birth July 13, 1965, also known as Tonya Johnson, Tonya L. Johnson, Tonya L. Rollins, Tonya Vernon, Tonya L. Vernon, and Tanya Johnson, with respect to any of the following Social Security Numbers: 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, 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, 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.

This information is for purposes of the defense by Heery International, Inc. of claims in the *Tonya Rollins v. Heery International, Inc.*, 3:01CV951 (CFD). The undersigned waives and releases any and all consumer reporting agencies from any and all restrictions imposed by law from disclosing or revealing any record or information described above, in accordance with this authorization.

A photocopy of this authorization and release is as valid as the original.

_____     _____     _____
Tonya Rollins                            Date                     Social Security Number

_____

Street Address

City

State

Zip

F:\USERS\SHARED\LIT\Heery-Rollins\Authorization, Credit Information.doc

# SATTI & SATTI

## ATTORNEYS AT LAW

C. *Robert Satti, Sr.*
*(1928-2002)*

*Holly Quackenbush Darin*

Suite 200
225 State Street
New London, CT 06320
Tel: (860) 447-8975
Fax: (860) 447-9136

September 19, 2003

VIA FACSMILE AND FIRST CLASS MAIL
Robert L. Keepnews
Berman and Sable
100 Pearl Street
Hartford, CT 06103

Re:    Tonya Rollins v. Heery International, Inc.
       Civil Action No.: 3:01CV951 (CFD)

Dear Attorney Keepnews:

Our office is in receipt of your letter dated September 10, 2003 on the above matter and provide the following response.

First, we are aware of our continuing obligation to disclose, and if any supplemental discovery responses are required we will endeavor to supplement those responses by October 3, 2003.

Second, with respect to the releases which you have forwarded, we note that the releases for medical and employment records ask for records relating to other names the Plaintiff may have been known by and sets forth social security numbers you contend she may have used. However, the Plaintiff maintains that she has used only one social security number which is 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 and no release will be signed referencing "other" social security numbers. We are willing to white-out the entire line referencing social security numbers and have our client sign the releases without this line.

Third, with respect to the release of credit report information we never agreed that our client would sign such an authorization and, after review of its contents, it is apparent that this is an issue which the Court will need to address.

Finally, we believe that there are a few other issues we intend to raise during the conference call on Tuesday. The first issue which we anticipate arising during the conference call relates to the fact that we intend to conduct an additional deposition of Dan Wise in Washington, D.C. limited to the documents which were not produced to the

Letter to Robert L. Keepnews
September 19, 2003
Page Two

Plaintiff by the Defendant until well after Mr. Wise's deposition was concluded. A copy of the Notice of Deposition for such deposition is attached hereto.

The second issue which we intend to raise, relates to the additional Motion to Compel we filed at the request of Judge Droney relating to the attorney-client privilege. This Motion to Compel has not yet been addressed by the Court and needs to be addressed prior to any new discovery periods being set.

Finally, please be advised that Attorney Michael Satti will not be available for the telephone conference on September 23, 2003 and I will be covering the conference call for him.

Thank you.

Sincerely,

Holly Quackenbush Darin

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV951 (CFD) |
| V. | |
| HEERY INTERNATIONAL, INC., | |
| L.C. ASSOCIATES, INC. | |
| DEFENDANTS. | SEPTEMBER 19, 2003 |

## NOTICE OF DEPOSITION

NOTICE IS HEREBY GIVEN, that the Plaintiff, Tonya Rollins will take the deposition upon oral examination of the Defendant, Heery International, Inc., specifically Daniel P. Wise in his capacity as Director of Human Resources for Heery International, Inc. (the "Deponent") on Tuesday, October 14, 2003 at the Capitol Hill Conference Center, 101 Constitution Avenue, 8th Floor, Pennsylvania Room, Washington, DC, before a notary public or other competent authority. The oral examination will continue from day to day until completed. You are invited to attend and examine the Deponent at such time.

THE PLAINTIFF,
TONYA ROLLINS


By: _Holly Quackenbush D__
Holly Quackenbush Darin (Ct. 10183)
Michael F. Satti (Ct. 01311)
Satti & Satti
225 State Street
Suite 200
New London, CT  06320
(860) 447-8975
-Her Attorneys-

## CERTIFICATION

    This is to certify that a copy of the foregoing was sent via facsimile and regular mail, postage prepaid, this 19th day of September, 2003 to the following:

Robert Keepnews
Suzanne LaPlante
Berman & Sable
100 Pearl Street
Hartford, CT 06103

Holly Quackenbush Darin

# SATTI & SATTI

C. Robert Satti, Sr.
(1928-2002)

ATTORNEYS AT LAW

Holly Quackenbush Darin

Suite 200
225 State Street
New London, CT 06320
Tel: (860) 447-8975
Fax: (860) 447-9136

October 1, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**
Robert L. Keepnews
Berman and Sable
100 Pearl Street
Hartford, CT 06103

Re:    Tony Rollins v. Heery International, Inc.
       Civil Action No.: 3:01CV951 (CFD)

Dear Attorney Keepnews:

As a follow-up to our prior letter of September 19, 2002 in which we indicated we would try to supplement our prior discovery responses by October 3, 2003, please be advised that we will be meeting with our client on October 8, 2003 regarding those supplemental discovery responses and will endeavor to provide any supplemental responses as soon thereafter as we can.

In addition, our client is willing to sign an authorization for release of her employment and medical records at that time. However, as we previously indicated, the authorizations which you forwarded will need to be modified and we have not heard from you whether or not this is acceptable.

Please contact me prior to October 8, 2003 to advise me as to how you would like us to proceed with the authorizations.

Sincerely,

Holly Quackenbush Darin

Holly Quackenbush Darin

# SATTI & SATTI

C. Robert Satti, Sr.
(1928-2002)

**ATTORNEYS AT LAW**

Holly Quackenbush Darin

Suite 200
225 State Street
New London, CT 06320
Tel: (860) 447-8975
Fax: (860) 447-9136

November 19, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**
Robert L. Keepnews
Berman and Sable
100 Pearl Street
Hartford, CT  06103

Re:     Tonya Rollins v. Heery International, Inc.
        Civil Action No.: 3:01CV951 (CFD)

Dear Attorney Keepnews:

        Pursuant to the Court's Ruling on Discovery Motions dated August 14, 2003 the Court granted, either in whole or in part, our Motion to Compel with respect to Requests 12-19. Prior to the telephonic status conference on September 23, 2003 and again during that status conference you indicated that you were searching for supplemental documents. However, to date we have received no further documents and given the fact that the Court's order was dated August 14, 2003 we ask that you produce those documents to us no later than Wednesday, December 3, 2003.

        In addition, we have not yet heard from you with respect to the issues with respect to the authorizations you forwarded to us. Will you please let us know whether you intend to modify those authorizations and/or whether we should simply use our own authorizations? Unfortunately, our client was unable to meet with us on October 8, 2003 and due to scheduling conflicts we have not been able to reschedule. However, I expect to meet with her hopefully before Thanksgiving and, if so, our office can provide you with any supplemental responses by December 3, 2003 as well.

        If you have any questions please do not hesitate to contact me.

                                                Sincerely,

                                                Holly Quackenbush Darin

                                                Holly Quackenbush Darin

LAW OFFICES
## BERMAN AND SABLE

MICHAEL P. BERMAN**
JOEL N. SABLE
STEVEN A. BERMAN
JAMES W. OLIVER*
JAMES J. BRAULT
ROBERT J. CAFFREY**
ROBERT L. KEEPNEWS†
DAVID R. LEVESQUE
SUZANNE LAPLANTE*
JOSÉ A. AGUIAR*
JAMES M. SAYA*

100 PEARL STREET

HARTFORD, CONNECTICUT 06103
———··

TEL: (860) 527-9699
FAX: (860) 527-9077
E-MAIL: info@bermansable.com
WEB: www.bermansable.com

NEW HAVEN OFFICE

195 Church Street
New Haven, Connecticut 06510
——
TEL: (203) 495-6200
FAX: (203) 495-6220

*ALSO ADMITTED IN MASSACHUSETTS
**ALSO ADMITTED IN OHIO
†ALSO ADMITTED IN NEW YORK

November 20, 2003

Holly Quackenbush Darin, Esq.
Satti & Satti
Suite 200, 225 State Street
New London, CT 06320

RE:   Rollins vs. Heery International, Inc.

Dear Attorney Darin:

Thank you for your letter of November 19, 2003, relative to the above.  Our client has been conducting an ongoing review of its files in an effort to locate documents that might be responsive to your Requests 12-19.  We have, in fact, received only in the last few days some additional documents that fall within that category.  Obviously, we want any Supplemental Response to be comprehensive and complete.

A slight complication is that we are in the midst of relocating our offices to another building here in Hartford, and the fact that files and offices must be packed, moved and unpacked has caused some disruption.  Also, given the imminence of the Thanksgiving holidays, I would suggest that we plan on exchanging supplemental disclosures on or about December 10, 2003, i.e. one week later than the date you had suggested.

We expect to be in our new quarters during the Thanksgiving week and will advise you of the new address as soon as we are situated.  The telephone and fax numbers will remain the same.

Very truly yours,

Robert L. Keepnews

Robert L. Keepnews

RLK:clc