## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:   Any and all employers          RE:   Tonya Rollins

YOU ARE HEREBY AUTHORIZED to furnish Berman and Sable, 100 Pearl Street, Hartford, Connecticut 06103 attention: Robert L. Keepnews, complete copies of any and all employment records including, but not limited to, any personnel, medical or payroll records or any other documents of any nature in your possession, custody or control concerning Tonya Rollins, also known as Tonya Johnson, and Tonya Vernon.

A photocopy of this release is as valid as the original.

_Tonya Rollins_     Dec 16, 2003     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
Tonya Rollins        Date              Social Security Number

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION

To: Any and all providers of health care services, including but not limited to mental health, dental, and psychological services

RE: Tonya Rollins

YOU ARE HEREBY AUTHORIZED to furnish Berman & Sable, 100 Pearl Street, Hartford, Connecticut 06103, attention: Robert L. Keepnews, complete copies of any and all records, reports, correspondence, notes, memoranda, invoices, and all other documents of any nature in you possession, custody, or control that identify or in any way relate to any and all treatments, examinations, diagnosis, counseling, testing, prescription medications and/ or related services received by, or rendered to or on behalf of Tonya Rollins also known as Tonya Johnson, and Tonya Vernon, from October 13, 1997 to the present.

This information is for the purposes of the defense by Heery International, Inc. of claims in *Tonya Rollins v. Heery International, Inc.*, 3:01CV951 (CFD). This authorization is for all papers, without exclusion, contained in my files regardless of form or content.

The undersigned further waives and releases any physician or medical facility from any and all restrictions imposed by law from disclosing or revealing any record or information concerning my physical and mental condition, in accordance with this authorization, to the law offices of Berman & Sable.

A photocopy of this release is as valid as the original.

_Tonya Rollins_ _____ _Dec 16, 2003_ _____ _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_
Tonya Rollins              Date                Social Security Number