Tonya L. Rollins
17 Boswell Avenue
Apartment 2
Norwich, Connecticut 06360

Prosecuting Attorney's Office
GA 10
112 Broad Street
New London, CT 06320

To Whom it May Concern:

    I am writing to request a copy of all of my criminal file records from June 2002 through the present. Please release those documents to my attorney, Holly Quackenbush Darin, 225 State Street, Suite 200, New London, CT 06320.

    If you have any questions with regard to this request or require payment for these copies, please contact Attorney Michael Satti or Attorney Holly Quackenbush Darin at (860) 447-8975. Thank you!

Sincerely,

Tonya Rollins
Date of Birth: 07/13/1965