UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS | : | CIVIL ACTION NO. 3:01CV951(CFD) |
| Plaintiff, | : | |
| V. | : | |
| HEERY INTERNATIONAL, INC., L.C. ASSOCIATES, INC. | : | |
| Defendants | : | MAY 17, 2002 |

**PLAINTIFF'S SUPPLEMENTAL COMPLIANCE WITH DEFENDANT HEERY INTERNATIONAL, INC.'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

The Plaintiff, Tonya Rollins attaches the following supplemental documents in response to Interrogatory 3, 7, 8, 10, 11 and 24 and Requests for Production 1, 2, 4, 6 and 8:

1. Handwritten notes of Tonya Rollins from June 1, 1999 through June 11, 1999.
2. Income tax return for 2001.

THE PLAINTIFF,
TONYA ROLLINS

By: [signature]

Michael E. Satti (Ct. 01311)
Holly Quackenbush Darin (Ct. 10183)
Satti & Ryan, LLP
225 State Street
Suite 200
New London, CT 06320
-Her Attorneys-

**CERTIFICATION**

The undersigned hereby certifies that the foregoing was mailed, postage prepaid, this 17th day of May 2002 to all counsel and pro se parties of record as listed below:

Ursula L. Haerter
Pepe & Hazard, LLP
Goodwin Square
Hartford, CT 06103-4302

Holly Quackenbush Darin




# 3 subject notebook

## 120 sheets

3 sections/40 sheets each

college ruled

11 IN X 8½ IN (27.9 cm X 21.6 cm)

All CVS Brand products are satisfaction
guaranteed or your money back.

Distributed by:
Consumer Value Stores
Division of Melville Corp.



June 1, 1999

Jeff still checking my work today he started to check Jose work too we had a surprise party for Joan everyone attend it was nice Today Jeff went into a meeting with terry came back upset said he is tired of these probems. I just kept doing was I was suppose to do data enter my drawings.

June 2. 1999

Today was not a good day for me Jeff touch me in a way that I feel rather uncomtable, I left a note for Alan that I need to talk with him. he finally called me to come into his office, he seem rather upset or mad about something, Soon as I sat down he put his hands behind his head angry, And I told him that Jeff touched my face and swiped my chest that mad me very uncombable - he started yelling, say " Everyone pickny on Tonya Rollins using two fingers, I was told about hand holding what Terri does off the clock his her business long has it not on company time. Alan says where is this coming from Tonya you are great asset to this company I did not come in here to talk about ...

about Jeff touching my face and my chest he said he will look into this and get back to me. I feel he does not even care.

June 3, 1999

Jeff is not talking to me at all he has been in and out of meeting with Terri. @ 10:52 Terri call me into a meeting and told me I need to let her know when I go to lunch, take breaks leave iton her computer I never abused time why am I the only one who has to tell her my time, sometimes I feel I cannot do my Job.

June 4, 1999

I was told we need to cut-down on the running of errands Why I don't know I guess me leaving on company time is a problem now. To do company business.

June 7. 1999

Went to check to see if I had a mail in mail Alan Levey comes in rather quickly to check his mail. I said Alan I need to talk with you Tonya I am very busy I'm not trying to ignore you I have a lot of meetings today. and walked away

Throughout the day Alan walks past me.

quickly looking start ahead like I am no Jean around. We have run into each other at least 3 to 4 times today but he has not go back to me about the Jeff Kyer issue.

June 8,

Jeff just dus not seem to like me @ all he alway has something smart to say he says he is tired of the Bullshit with this company

June 9, 1999

I contacted Human Resource in Atlanta I asked could I recive a copy of what is in my personal file I was told by Hannabal? that she would have to contact Anna Kramer she is in a meeting and she would have to get in contact with her and she would let me know later. Terri is walking around my office looking and talking with Jeff contantly It's always something.

June 11 had apowment came in around 11:00 Dala Ended alot of drawing and coped some drawing for NEP Staff.

Declaration Control Number (DCN) 00 - 061646 - 13989 - 2

IRS Use Only-Do not write or staple in this space.

Form **8453**

Department of the Treasury
Internal Revenue Service

# U.S. Individual Income Tax Declaration for an IRS e-file Return

For the year January 1-December 31, 2001
▶ See instructions.

OMB No. 1545-0936

**2001**

Use the IRS label. Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| TONYA L | ROLLINS | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |
| Home address (number and street). If you have a P.O. box, see instructions. 30 CLIFF STREET APT 3 | Apt. no. | ▲ IMPORTANT! ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code NORWICH, CT 06360 | | Daytime phone number (860) 449-1311 |

**Part I Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 33; Form 1040A, line 19; Form 1040EZ, line 4) | 1 | 10,268 |
| 2 | Total tax (Form 1040, line 58; Form 1040A, line 36; Form 1040EZ, line 11) | 2 | 0 |
| 3 | Federal income tax withheld (Form 1040, line 59; Form 1040A, line 37; Form 1040EZ, line 8) | 3 | 234 |
| 4 | Refund (Form 1040, line 68a; Form 1040A, line 43a; Form 1040EZ, line 12a) | 4 | 4,269 |
| 5 | Amount you owe (Form 1040, line 70; Form 1040A, line 45; Form 1040EZ, line 13) | 5 | 0 |

**Part II Declaration of Taxpayer** (Sign only after Part I is completed.)

6 a [X] I consent that my refund be directly deposited as designated in the electronic portion of my 2001 Federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b [ ] I do not want direct deposit of my refund **or** I am not receiving a refund.

c [ ] I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to subsequent Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate subsequent payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 2001 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not my return is accepted, any indication of a refund offset, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here** ▶ Your signature | Date | ▶ Spouse's signature. If a joint return, **both** must sign. | Date

**Part III Declaration of Electronic Return Originator (ERO) and Paid Preparer** (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in **Pub. 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's signature ▶ | Date | Check if also paid preparer [X] | Check if self-employed [ ] | ERO's SSN or PTIN XXX-XX-XXXX |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ Jackson Hewitt Tax Service, 40 Plaza Court, Groton CT 06340 | | | | EIN 06-1456371 |
| | | | | Phone no. (860) 445-5018 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed [ ] | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN |
| | | | Phone no. |

For Paperwork Reduction Act Notice, see instructions. Andover Form **8453** (2001)

JXB F 11/08/01

## State Tax Preparation Signature Form

Taxpayer's Name TONYA L ROLLINS Taxpayer's SSN 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

Jackson Hewitt Tax Service has completed your federal income tax return using the information that you provided. We have advised you that based on this information, completion of the state income tax return(s) listed below is/are indicated. You have declined to have us prepare the state tax return(s).

You have also given instructions that you do not want us to prepare a tax return for any other state.

If you decide at a later date to have Jackson Hewitt Tax Service prepare state or local income tax returns, you acknowledge that you will be responsible for additional tax preparation fees.

State return preparation declined for CT

Local return preparation declined

(Signature of Taxpayer) (Date)

Form **9325**
(Rev. November 2001)

Department of the Treasury - Internal Revenue Service

# Acknowledgement and General Information for Taxpayers Who File Returns Electronically

Thank you for taking part in the IRS e-file Program. ROLLINS, TONYA L
(Taxpayer Name)

(Taxpayer Address optional)

1. ☒ Your federal income tax return for 2001 is being filed electronically with the Andover Submission Processing Center of the IRS by the services of Jackson Hewitt Tax Service

2. ☐ Your return was accepted by the IRS on ______ and the Declaration Control Number (DCN) assigned to your return is 00-061646-13969-2

3. ☐ Debt Indicator Code - Part or all of your refund may be offset to a debt owed to the Internal Revenue Service or Financial Management Service

**Options:**

The boxes in column A, when checked, indicate an option you chose when filing your return. If there is a check box in column A, there should be a corresponding check in the box in column B. This means that the option you chose was processed successfully. If not, see your electronic filer.

| | A | B |
|---|---|---|
| 4. Signed return with a PIN (You entered self-select PIN or authorized the electronic filer to enter a PIN for you. If column A is checked and B is not checked, you must complete Form 8453.) | ☐ | ☐ |
| 5. You owed additional tax and elected to pay using electronic funds withdrawal payment. (If column A is checked and B is not checked, you must pay by check or credit card.) | ☐ | ☐ |
| 6. You requested Form 2688, Application for Additional Extension of Time To File. (If column A is checked and B is not checked, your extension was not accepted and approved electronically. Submit Form 2688 on paper.) | ☐ | ☐ |

Since you are filing your return electronically, PLEASE DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

**If You Need to Make a Change to Your Return**

If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income Tax Return, to the IRS submission processing center that processes paper returns for your area. The address is in your tax forms package, or you can call the IRS toll-free at 1-800-829-1040.

**If You Need to Ask About Your Refund**

The IRS will notify your electronic filer when they accept your return, usually within 48 hours. If your return wasn't accepted, the IRS will notify your electronic filer of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and you have not received your refund, you can call the IRS toll-free Tele-Tax return information number, 1-800-829-4477, to check the status of your refund. **You will need to know the first social security number shown on your return, your filing status, and the exact amount of the refund you expect.** Tele-Tax should give you the date for mailing or depositing your refund. You should receive your refund check within 30 days of the date given by Tele-Tax, or within one week of that date if you chose direct deposit. If you don't receive it by then, or if Tele-Tax does not give your refund information, call your local IRS office at 1-800-829-1040.

TONYA L ROLLINS 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

# EARNED INCOME CREDIT (EIC) ELIGIBILITY CHECKLIST

Based on IRS Notice 97-65: EIC Due Diligence

For use by income tax return preparers in preparing 2001 tax returns and claims for refund. Taxpayer may claim the Earned Income Credit if all the following questions are answered YES.

1. Do taxpayer, spouse, and qualifying child each have a Social Security number? . . . . . X YES ___NO

2. Is taxpayer (s) total taxable and nontaxable earned income at least $1 but less than:
   - [X] $32121 if taxpayer has 2+ qualifying children? . . . . . X YES ___NO
   - [ ] $28281 if taxpayer has 1 qualifying child? . . . . . ___YES ___NO
   - [ ] $10710 if taxpayer has no qualifying children? . . . . . ___YES ___NO

3. Is taxpayer (s) modified AGI less than:
   - [X] $32121 if taxpayer has 2+ qualifying children? . . . . . X YES ___NO
   - [ ] $28281 if taxpayer has 1 qualifying child? . . . . . ___YES ___NO
   - [ ] $10710 if taxpayer has no qualifying children? . . . . . ___YES ___NO

4. Is taxpayer(s) investment income $2450 or less? . . . . . X YES ___NO

5. Is taxpayer(s) filing status MFJ, HOH, QW, or SINGLE? . . . . . X YES ___NO

6. If a taxpayer is a nonresident alien, is the filing status MFJ? (If not a nonresident alien, answer YES). . . . . X YES ___NO

7. Answer YES if taxpayer (and spouse if MFJ) is not a qualifying child of another person. . . . . X YES ___NO

8. Answer YES if taxpayer (and spouse if MFJ) is not filing Form 2555 or Form 2555EZ to exclude from gross income any income earned in foreign countries, or to deduct or exclude a foreign housing amount. . . . . X YES ___NO

STOP:

IF TAXPAYER HAS A QUALIFYING CHILD, ANSWER QUESTION 9 AND SKIP 10.
IF TAXPAYER HAS NO QUALIFYING CHILD, SKIP QUESTION 9 AND ANSWER 10.

9a. Does child meet the age, relationship, and residence tests for a qualifying child? (Form 1040 instructions, Line 61a) . . . . . X YES ___NO

9b. Does taxpayer have the highest modified AGI of all those who can otherwise claim the qualifying child for EIC purposes? . . . . . X YES ___NO

9c. Is qualifying child unmarried, or, if married, being claimed by the taxpayer (s) as a dependent? . . . . . X YES ___NO

10a. Was taxpayer's (and spouse's if MFJ) main home in the US for more than half of 2001? . . . . . ___YES ___NO

10b. Was taxpayer (or spouse if MFJ) at least 25 but under 65 at the end of 2001? . . . . . ___YES ___NO

10c. Answer Yes if the taxpayer (and spouse if MFJ) cannot be claimed as a dependent on anyone else's return. . . . . ___YES ___NO

PERSONS WITH A QUALIFYING CHILD: If all questions except 10 are answered YES, the credit may be claimed. Complete Schedule EIC and attach to Form 1040.

PERSONS WITH NO QUALIFYING CHILD: If all questions except 9 are answered YES, the credit may be claimed.

**IF ANY QUESTION WAS ANSWERED NO, TAXPAYER IS NOT ELIGIBLE FOR THE CREDIT.**

Based on customer (s) responses, this form generated and completed by ProFiler, Copyright (C) 1990 by Jackson Hewitt, Inc.

Taxpayer's signature ____________________ Spouse's signature ____________________

F 08/11/01

# TAXPAYER INFORMATION FORM

Jackson Hewitt Tax Service will transmit your tax return electronically to the IRS.

Primary Last Name: ROLLINS Receipt Number: 13989
Primary Social Security Number: 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 Filing Status: HH DCN: 00-061646-13989-2
Expected Amount of Federal Refund before fees: 4,269 Expected Amount of State Refund before fees: ______

**To contact Jackson Hewitt to check the status of your electronically filed return call:** (860)445-5018
**To contact the IRS to check the status of your return: call the IRS TELE-TAX number at 1-800-829-4477 or call the IRS at 1-800-829-1040.**
**To contact Santa Barbara Bank & Trust Taxpayer Support call: 1-888-353-7220**
**To contact Jackson Hewitt CashCard Cardholder Services call: 1-800-821-2455**

X You requested a RAL -- Refund Anticipation Loan:
You understand that the lending bank may deny your request for the Refund Anticipation Loan on all or part of the requested loan amount. If this happens, your check will be delayed by 9-16 days or until the IRS deposits your refund into the bank. It is possible that the IRS may not deposit your refund and will instead contact you directly or send you a refund check in the mail. Please call the Jackson Hewitt office where your return was prepared if this happens. If your federal refund exceeds $5000, the amount of your federal refund received in excess of $5,000 (or in excess of your loan amount if less than $5,000) will be provided as an ACR Check(s). This does not include any state refund amount.

______ You requested a FEDERAL ACR -- Accelerated Check Refund:
The bank will not release your Accelerated Check Refund to Jackson Hewitt until it has received your refund as a direct deposit by the IRS, usually 11-21 days. Your ACR check is expected ______ or ______ if it is accepted by the IRS by ______. This does not include any state refund amount.

______ You requested a FEDERAL ADD -- Assisted Direct Deposit:
Your Direct Deposit is expected to be in your account on ______ as long as it is accepted by the IRS by ______.
This does not include any state refund amount.

______ You have requested a STATE ACR/ADD
The bank will not release your state Accelerated check refund to Jackson Hewitt until it has received your refund as a direct deposit by the IRS.
If your state refund is received by the bank before the federal, all fees will be deducted from the state refund except the federal bank fee.
If the federal refund is received by the bank before the state, all fees will be deducted from the federal refund except the state bank fee.

______ You requested a Jackson Hewitt CashCard
You have elected to have the proceeds of your RAL or your Federal ACR transferred to the CashCard program. **For Security purposes, please verify that the last eight (8) digits on your Jackson Hewitt CashCard match these numbers EXACTLY ______ and initial here ______.** If they do not, please notify a supervisor at your Jackson Hewitt Tax Service office immediately or contact Jackson Hewitt customer service at 800-668-8169.

______ **You have requested our Balance Due Payment Option: For Federal ______ and / or State ______**
Your tax liability in the amount of ______ has been processed and forwarded to the Official Payments Corporation (OPC), a third party payment processor. In order to ensure that your payment has been authorized by your credit card company, we advise that you contact OPC at 877-533-0069 or your issuing credit card provider.

## You understand and agree to the following:

* Your return(s) has been prepared by Jackson Hewitt based solely on the information provided by you, and you will be responsible for any incomplete or inaccurate information provided therein.
* If you have a delinquent loan from any RAL-participating bank or owe a delinquent government debt such as individual or business taxes, child support, student loans, etc., your refund may be reduced or eliminated by the delinquent amount.
* The IRS may examine your return and cause your tax refund to be delayed. In particular, the Earned Income Credit portion of your refund may cause the IRS to delay the issuance of part or all of your refund.
* Jackson Hewitt has no control over your refund(s) after the IRS accepts your return nor does Jackson Hewitt have any way to determine which refunds(s) might be delayed or for how long.
* You have been given a summary of your tax return and a copy of the bank's application with detailed fee information.
* In the event that you are not approved for a Refund Anticipation Loan, Accelerated Check Refund, or Assisted Direct Deposit, Jackson Hewitt will notify you. **You will still be responsible for $ 174 in tax preparation fees and Jackson Hewitt fees not paid by the deposit of your refund plus any applicable collection costs actually incurred.**

Taxpayer Signature ______________________ Date ______
Joint Taxpayer Signature ______________________ Date ______

F 12/20/01

If you are also filing your state tax return electronically and have elected to have your state refund disbursed by SBBT, you hereby authorize your 2001 state refund amount to be directly deposited from the appropriate state agency to the Account and disbursed according to the instructions provided in the Disbursement Method paragraph above.

**Denied RAL:** If this RAL Application is not approved, you will receive an ACR check when your refund is received from the IRS. If this happens, you agree that SBBT may deduct from the Account the Total Fees shown in Section 2.f below and any amounts due pursuant to Section 6 below (state ACR Handling Fee can only be deducted from the Account after the state refund is received). You also agree that the Total Fees in Section 2.f below (except for the ACR Handling Fee) and any amounts due pursuant to Section 6 below can be deducted from the Account if a state tax refund is received before the Federal tax refund is received. Any balance remaining in the Account will be disbursed to you by ACR check regardless of the disbursement method selected above. If your RAL Application is not approved, you will not be charged the Finance Charge.

**2. AUTHORIZATION TO PAY FEES.** In addition to any outstanding amounts due pursuant to Section 6, you agree to pay the following fees and charges. Among other things, you agree to pay SBBT a Finance Charge for the RAL equal to 3.25% of the amount of the RAL, but not less than $10 or more than $70. The Finance Charge will be increased by $10 if the tax refund includes EIC.**The actual finance charge and loan amount will be disclosed in the Truth-In-Lending section of your RAL Information Form or RAL disbursement check.** You agree to pay the Total Fees listed below, whether or not your RAL Application is approved.

| | | | |
|---|---|---|---|
| a. | Tax Preparation and Filing Fees (Payable to your Tax Preparer) | $ 174 | |
| b. | ACR Application Fee (Payable to your Tax Preparer) | $ 30 | |
| c. | ACR Handling Fee (Payable to SBBT) | $ 25.00 | |
| d. | State ACR Handling Fee (Payable to SBBT) | $ | |
| e. | Other | $ | |
| f. | Total Fees | | $ 229 |
| g. | Estimated Finance Charge (Payable to SBBT) | $ 80 | |
| h. | Total of Fees and Estimated Finance Charge | | $ 309 |

**You acknowledge that SBBT may share a portion of the ACR Handling Fees and Finance Charge with JHI.**

**3. TAXPAYER INFORMATION (Complete for both taxpayers only if filing a joint return and application.)**

Taxpayer's Name: ROLLINS, TONYA
Social Security No. 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
Date of Birth 07/13/1965 (must be 18 or older)
Telephone No. (860) 889-3985

Spouse's Name:
Social Security No.
Date of Birth
Telephone No. (860) 889-3985

Closest relative not living with you:
Name TIQUANA ROLLINS Relationship DAUGHTER Telephone No. (860) 889-3985

**4. IDENTIFICATION OF TAXPAYER (One form of picture I.D. required for both primary and spouse if joint return filed)**

| Primary | State | Number | Expires | Spouse | State | Number | Expires |
|---|---|---|---|---|---|---|---|
| [X] Driver's License w/Picture | CT | 075062118 | 07/2002 | [ ] Driver's License w/Picture | | | |
| [ ] State ID: | | | | [ ] State ID: | | | |
| [ ] Current Military ID: | | | | [ ] Current Military ID: | | | |
| [ ] U.S. Passport: | | | | [ ] U.S. Passport: | | | |
| [ ] Resident Alien ID: | | | | [ ] Resident Alien ID: | | | |
| [ ] Union Membership I.D.: | | | | [ ] Union Membership I.D.: | | | |
| Union/Local Name | | | | Union/Local Name | | | |
| [ ] American Indian Tribal ID: | | | | [ ] American Indian Tribal ID: | | | |
| [ ] School Picture ID. | | | | [ ] School Picture ID. | | | |
| School Name | | | | School Name | | | |

**5. NAME/SOCIAL SECURITY NUMBER VALIDATION (Obtain name and check digits from IRS label wherever possible. Tax Preparer must initial only one.) MUST BE COMPLETED FOR PRIMARY TAXPAYER.**

___ 2001 IRS Mailing Label/Check Digits from Label ________
_X_ Current Social Security Card/SSN 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
___ Current Military ID ________
___ 2000 tax return (must include a standard W-2 or 1099)

**6. a. COLLECTION OF DELINQUENT RAL.** You authorize JHI and SBBT to exchange information about your current and prior RALs with other RAL lenders including Bank One, N.A., Beneficial National Bank/Household Bank, First Security Bank, River City Bank, County Bank of Rehoboth Beach, DE and Republic Bank & Trust Company/Refunds Now. If you have delinquent RALs from prior years with SBBT or any one or more of these lenders that have not been discharged in bankruptcy, you will not be eligible for a RAL but will instead receive an ACR. Upon receipt of your tax refund, you authorize SBBT to deduct from the Account, after deducting the applicable fees as set forth in Section 2 above, the total amount due on the prior year RALs and forward such amount to the appropriate RAL lender(s) prior to disbursing the balance of the Account to you.

**b. COLLECTION OF OUTSTANDING TAX PREPARER FEES:** If you still owe fees to a Tax Preparer for preparing your 2000 Federal (and state if applicable) tax return, you authorize SBBT to deduct the amount of the outstanding fees from your RAL proceeds after the applicable fees in Section 2 have been deducted and prior to disbursing the balance of your RAL proceeds to you or, in the event your RAL is denied and converted to an ACR, you authorize the outstanding Tax Preparer fees to be deducted from the Account after the applicable fees as set forth in Section 2 and amounts in Sections 6.a have been deducted from the Account and prior to disbursing the balance of the Account to you.

**c. COLLECTION OF OUTSTANDING HOLIDAY LOAN:** If you (either Taxpayer or Spouse if this is a joint return) have an outstanding loan ("Holiday Loan") provided by SBBT under the Holiday Express Loan Program and the Holiday Loan has not been discharged in bankruptcy, you authorize SBBT to deduct from the Account, after deducting the applicable fees and charges disclosed in Section 2, the total amount due on the Holiday Loan and apply it towards your outstanding Holiday Loan balance with SBBT prior to disbursing the balance of the Account to you.

You understand that SBBT may be acting as a debt collector hereunder in attempting to collect a debt pursuant to Section 6 and may use your authorization pursuant to this RAL Application and any information obtained in connection with this RAL Application to collect a delinquent RAL, Holiday Loan or Tax Preparer fees as noted above.

**7. SECURITY INTEREST AND ASSIGNMENT.** You hereby assign to SBBT your 2001 Federal income tax refund, your Account, and all funds deposited therein, to the extent necessary to reimburse SBBT for your RAL and/or facilitate collection by SBBT of any other amounts pursuant to this RAL Application. You also grant SBBT a security interest in the same. You agree that SBBT may assign, sell or transfer its ownership of the RAL and all or part of its rights arising under this RAL Application to a third party or affiliate of SBBT and that SBBT may make any transfers from the Account necessary to accomplish said assignment, sale or transfer. You may not revoke this assignment or security interest.

**8. MISCELLANEOUS.** (a) The provisions in this RAL Application survive the issuance of the ACR check, the approval of this RAL Application and the execution and delivery of the RAL proceeds. (b) The enforcement and interpretation of this RAL Application and the transactions contemplated herein (including, without limitation, the applicable interest rate) shall be governed by the laws of the State of California applicable to contracts executed and to be performed entirely in the State of CA by residents of the State of California, without regard to the conflicts of laws, and, to the extent applicable, by the laws of the United States of America. (c) You agree to pay any costs of collection, including reasonable attorneys' fees, if the RAL is not paid when due.

**9. CERTIFICATION.** You hereby certify that: (a) You are not delinquent in the payment of taxes, either individual or business, to the IRS or any state agency; (b) you are not delinquent in the payment of any child support or alimony; (c) you are not delinquent in the payment of any student loans, Veteran Administration loans or other Federally sponsored loans; (d) you have not previously filed a 2001 Federal income tax return; (e) you have not paid any estimated tax and/or did not have any portion of your 2000 refund applied to your 2001 taxes; (f) you understand that you are applying for a loan in the amount of your expected Federal income tax refund, not to exceed $5,000 including fees; (g) you are of legal age to enter into contracts in the State where you reside; (h) you do not have a power of attorney presently in effect or on file with the IRS to direct your Federal tax refund to any third party; (i) you have read all documents relating to this RAL Application, including disclosures statements; and (j) you are not presently making regular payments or are delinquent in making such payments to the IRS for unpaid taxes in prior years.

**10. ACKNOWLEDGEMENT REGARDING TAX PREPARER AND JHI.** You agree that neither your Tax Preparer nor JHI is acting as your agent or is under any fiduciary duty to you regarding this RAL Application and the RAL. Among other things, you agree and consent to the receipt by your Tax Preparer and/or JHI of fees as set forth in this RAL Application.

**SIGNATURES: BY SIGNING BELOW, YOU ACKNOWLEDGE THAT EVERYTHING YOU HAVE STATED IN THIS RAL APPLICATION AND AGREEMENT IS TRUE AND CORRECT. YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND AND AGREE TO EACH OF THE TERMS AND CONDITIONS HEREIN. YOU PROMISE TO PAY UPON DEMAND OR FROM THE ACCOUNT THE "TOTAL REFUND ANTICIPATION LOAN" AMOUNT DISCLOSED ON YOUR DISBURSEMENT CHECK OR RAL INFORMATION FORM. YOU ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS RAL APPLICATION AND, AMONG OTHER THINGS, CONSENT TO THE COLLECTION AUTHORIZATIONS IN SECTION 6 ABOVE AND THE CERTIFICATION IN SECTION 9 ABOVE. YOU ALSO ACKNOWLEDGE RECEIVING THE FOLLOWING NOTICE ENTITLED "IMPORTANT INFORMATION REGARDING YOUR REFUND ANTICIPATION LOAN (RAL)" AND, IF YOU ELECTED TO HAVE YOUR RAL PROCEEDS DISBURSED THROUGH THE CARD PROGRAM, YOU ACKNOWLEDGE RECEIVING THE "RAL" INFORMATION FORM" SEPARATELY.**

F 01/04/02

You certify that you have received your ACR check. (If check is mailed to taxpayer, indicate "mailed" and date.)

| Signature of Taxpayer | Date | Check No. |
|---|---|---|
| Signature of Taxpayer | Date | Check No. |
| Signature of Taxpayer | Date | Check No. |
| *Witness/Date 1 | *Witness/Date 2 | *Witness/Date 3 |

Signature of Taxpayer ____ Date

Signature of Joint Taxpayer (If joint application) ____ Date

Witness (Tax Preparer) ____ Date

**PLEASE READ THE IMPORTANT DISCLOSURES ON THE FOLLOWING PAGE**

**IMPORTANT INFORMATION REGARDING YOUR REFUND ANTICIPATION LOAN ("RAL")**

If you are applying for a RAL from SBBT, this loan program is made possible by special arrangements among Santa Barbara Bank & Trust, of Solana Beach, California ("SBBT"), Jackson Hewitt Inc. ("JHI") and your Jackson Hewitt Tax Service (R) Tax Preparer ("Tax Preparer"). SBBT is able to provide this loan program to you because you have elected to participate in the IRS Electronic Filing and Direct Deposit options for your Federal Income Tax Return. The amount of the RAL that you can apply for is the anticipated amount of your Federal income Tax Refund not to exceed $5000, including all authorized fees. From this loan amount will be deducted the tax preparation fee imposed by your Tax Preparer, the Accelerated Check Refund ("ACR") Application Fee (normally about $30) charged by your Tax Preparer, SBBT's ACR Handling Fee of $25, SBBT's State ACR Handling Fee of $10 (if state tax return is electronically filed and this option is also chosen), other amounts authorized by you to purchase additional products offered by JHI or your Tax Preparer and a SBBT Finance Charge equal to 3.25% of the RAL, but not less than $10 nor more than $70. The Finance Charge will be increased $10 if the tax refund includes EIC. If your return is prepared by a Tax Preparer and you apply for an ACR or RAL from SBBT and are approved, there will be no fee for filing your return electronically.

**PLEASE NOTE: YOUR RAL CAN BE DECLINED BY SBBT!**

After you have signed your RAL Application, your Tax Preparer will electronically transmit: (1) your tax return to the IRS; and (2) the RAL Application to SBBT. Upon IRS acceptance of your tax return for electronic filing and direct deposit, and SBBT's approval of your loan request based on its standards for approval of RALs, your RAL proceeds, in an amount equal to your anticipated refund amount minus the fees and amounts authorized in the RAL Application, will be disbursed to you via the disbursement method chosen by you in Section 1 of the RAL Application under the paragraph titled "Disbursement Method." If your RAL Application is approved by SBBT and you chose to receive your RAL proceeds by ACR check, you can expect to receive your ACR check from SBBT in as little as one day after SBBT receives IRS acknowledgement that your tax return had been accepted (IRS acknowledgment usually occurs within 48 hours of filing your return). If your RAL Application is approved by SBBT and you have chosen to have your RAL proceeds transferred to Western Union Financial Services, Inc. and its affiliates or authorized designees, (collectively "WU") your RAL proceeds should be available via your Cash Card in as little as one day from the time SBBT receives the IRS acknowledgement. The IRS will normally issue your refund within 9-16 days after the IRS acknowledgment of your return, so you can expect your RAL to be repaid within this period

Upon approval of your RAL Application, SBBT will also open a deposit account in your name. This account is established to receive the direct deposit of your Federal income tax refund and state refund (if applicable). By endorsing the ACR check, you will be agreeing to allow SBBT to withdraw the amount deposited by the IRS into this deposit account and apply that amount to your RAL balance. The excess, if more than $1.00, will be promptly refunded to you via the disbursement method chosen by you in Section 1 of the RAL Application under the paragraph titled "Disbursement Method." If SBBT does not receive payment from the IRS within 60 days, or is informed that it will not receive full payment, it will require you to repay the loan in full at that time. If, after you apply for the RAL you decide that you do not want it, you must promptly return the ACR check, unendorsed, to your Tax Preparer. A new ACR check will then be delivered or mailed to you for the refund due you when it is received from the IRS, less the Total Fees shown in Section 2.f of the RAL Application and any amounts due under Section 6. If the RAL is cancelled, a new ACR check will then be delivered or mailed to you for the refund due you when it is received from the IRS, less the applicable fees shown in Section 2 of the RAL Application and any amounts due under Section 6. If you have chosen to have your RAL proceeds transferred to WU, you cannot cancel your RAL.

**New York Residents:** A credit report may be requested in connection with your RAL Application. At your request SBBT will tell you whether or not a credit report was obtained and, if so, the name and address of the credit reporting agency that furnished the report.

**Ohio Residents:** Ohio laws against discrimination require that all creditors make credit equally available to all credit-worthy customers and that credit-reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Wisconsin law provides that no agreement, court order, or individual statement applying to marital property will affect a creditor's interest unless, prior to the time credit is granted, the creditor is furnished with a copy of the agreement, court order, or statement, or has actual knowledge of the adverse provision.

**SHOULD ANY OF THE FOLLOWING SITUATIONS OCCUR, PLEASE CONTACT YOUR TAX PREPARER AND CALL SBBT AT (888) 353-7228.**

- If you receive a refund check directly from the IRS: This should not happen since you have chosen direct deposit of your refund to your deposit account at SBBT. However, if you do receive a refund check from the IRS, you must mark the reverse side of the check "Pay to Santa Barbara Bank & Trust" and then endorse it (exactly as your name appears on the front) and forward it promptly to: Santa Barbara Bank & Trust, P.O. Box 1270, Solana Beach, Ca 92075 Attn: RAL Department.

- If you receive any correspondence from the IRS regarding the partial or non-payment of your Return. This could occur if your tax liability is adjusted by the IRS. If this happens, you will receive a notice from the IRS. Of course, you will still be responsible for paying SBBT directly any additional amount needed to satisfy your RAL. If this occurs, please contact your Tax Preparer and SBBT immediately. The IRS makes no guarantee with respect to the date the tax refund will be issued or of the amount of your refund.

**FEDERAL ELECTRONIC FUND TRANSFER DISCLOSURES**

The Federal Electronic Fund Transfer Act provides you with certain rights and obligations regarding the preauthorized Federal and state income tax refund that will be electronically deposited into your deposit account established at SBBT for that purpose.

- **Contact SBBT in the event of Unauthorized Transfer-** If you believe that there is an error or if you have a question about your deposit account, write to Santa Barbara Bank & Trust, P.O. Box 1270, Solana Beach, California 92075 or telephone (888) 353-7228 and provide SBBT with your name, a description or explanation of the error and the dollar amount of the suspected error. SBBT will advise you of the results of its investigation within 10 business days. You may ask for copies of the documents that we used in our investigation. You may also reach us at the above address and phone number to inquire about the receipt of your refund from the IRS, which is usually made within 9 to 16 days after the IRS accepts your electronic return.

F 12/14/01

- **Business Days-** For purposes of these disclosures, SBBT's business days are Mondays through Fridays, except holidays.

- **Limitations on Electronic and Other Transfers-** Depending on the authorizations you made pursuant to the RAL Application, the only electronic transfers that are allowed into or out of your deposit account are a) the electronic deposit of your Federal income tax return and, if applicable, the electronic deposit of your state income tax return b) transfers from the deposit account to pay fees, charges or collection amounts authorized by you in the RAL Application, and c) transfers from the deposit account to WU (if applicable). You are not allowed to make any other deposits or withdrawals from the deposit account, including electronic deposits and withdrawals.

- **SBBT's Liability-** If SBBT does not complete a transfer to your deposit account on time or in the correct amount according to your RAL Application and Agreement, SBBT will be liable for your losses or damages. However, there are some exceptions. SBBT will not be liable, for example

  If, through no fault of SBBT, the IRS or state tax authority determines that the transfer(s) cannot be made.

  If the system was not working properly and you were aware of the breakdown.

  If circumstances beyond SBBT's control (such as fire or flood) prevent the transfer, despite reasonable precautions SBBT has taken.

  There may be other exceptions stated in your RAL Application

- **Confidentiality-**SBBT will disclose information to third parties about your deposit account and the transfers that are made:

  Where it is necessary for completing transfers.

  In order to verify the existence and condition of your deposit account to a third party such as a credit bureau or another RAL lender.

  In order to comply with government agency or court orders.

  If you otherwise give us permission.

**TRUTH IN SAVINGS DISCLOSURE** The following information is provided in accordance with Federal Truth-in-Savings Act:

- **Rate Information-** No interest will be paid on your deposit account, which is an annual percentage yield of 0%.
- **Minimum Balance Requirements-** In order to open this deposit account, you must have a RAL approved by SBBT. The amount of the RAL will become the deposit amount necessary to open the account.
- **Fees-** You will be charged $25 ACR Handling Fee to open the deposit account as shown above in Section 2.
- **Transaction Limitations-**You will not be allowed to make withdrawals or deposits into the account (except for the preauthorized deposit of your IRS tax return and, if applicable, your state income tax return). Your RAL will be repaid from the funds in the deposit account in accordance with the terms of the RAL Application.
- **Maturity-** Your account will mature and be closed as soon as your RAL is repaid, which is usually 10 business days after the approval of your RAL.

---

**EQUAL CREDIT OPPORTUNITY:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this bank is the Federal Reserve Bank of San Francisco, 101 Market, San Francisco, CA 94105.

Santa Barbara Bank & Trust Member FDIC Equal Housing Lender

Copy 2 to be filed with State, City or Local Tax Return

| | |
|---|---|
| 1. Wages, tips, other compensation 6,185.44 | 2. Federal income tax withheld 123.19 |
| 3. Social Security wages 6,185.44 | 4. Social Security tax withheld 383.47 |
| 5. Medicare wages and tips 6,185.44 | 6. Medicare tax withheld 89.68 |

Employer's name, address and ZIP code
K & N DONUTS INC
DUNKIN DONUTS
10 LEARY DR
WATERFORD CT 06385

| | |
|---|---|
| Employer's identification number 06-1432615 | Employee's social security number 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 |

Employee's name, address and ZIP code
TANYA ROLLINS
78 LAUREL DR
NEW LONDON CT 06320

| | |
|---|---|
| 7. Social Security tips | 8. Allocated tips |
| 9. Advanced EIC payment | 10. Dependent Care benefits |
| 11. Nonqualified plans | 12a See Instrs. for Box 12 |
| 13. Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14. Other | 12c |
| | 12d |

| 15. State | Employer's State ID No. | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| CT | 8511594-000 | 6,185.44 | 0.84 |

| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name |
|---|---|---|
| | | |

Form W-2 Wage and Tax Statement 2001 Department of the Treasury-Internal Revenue Service OMB No. 1545-0008


Copy 2 to be filed with State, City or Local Tax Return

| | |
|---|---|
| 1. Wages, tips, other compensation 6,185.44 | 2. Federal income tax withheld 123.19 |
| 3. Social Security wages 6,185.44 | 4. Social Security tax withheld 383.47 |
| 5. Medicare wages and tips 6,185.44 | 6. Medicare tax withheld 89.68 |

Employer's name, address and ZIP code
K & N DONUTS INC
DUNKIN DONUTS
10 LEARY DR
WATERFORD CT 06385

| | |
|---|---|
| Employer's identification number 06-1432615 | Employee's social security number 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 |

Employee's name, address and ZIP code
TANYA ROLLINS
78 LAUREL DR
NEW LONDON CT 06320

| | |
|---|---|
| 7. Social Security tips | 8. Allocated tips |
| 9. Advanced EIC payment | 10. Dependent Care benefits |
| 11. Nonqualified plans | 12a See Instrs. for Box 12 |
| 13. Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14. Other | 12c |
| | 12d |

| 15. State | Employer's State ID No. | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| CT | 8511594-000 | 6,185.44 | 0.84 |

| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name |
|---|---|---|
| | | |

Form W-2 Wage and Tax Statement 2001 Department of the Treasury-Internal Revenue Service OMB No. 1545-0008

Copy 2 To be Filed With Employee's State, City, or Local Income Tax Return

Dept. of the Treasury - IRS

Form **W-2 Wage and Tax Statement** **2001**

c Employer's name, address, and ZIP code

SALLY BEAUTY COMPANY, INC
3900 MORSE STREET
DENTON TX 76208

e Employee's name, address, and ZIP code

TANYA L ROLLINS
30 CLIFF ST

NORWICH CT 06360

| Box | Amount | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 7 Social security tips | | 1 Wages, tips, other compensation | 4082.75 | 2 Federal income tax withheld | 111.21 |
| 8 Allocated tips | | 3 Social security wages | 4082.75 | 4 Social security tax withheld | 253.13 |
| 9 Advance EIC payment | | 5 Medicare wages and tips | 4082.75 | 6 Medicare tax withheld | 59.20 |
| 10 Dependent care benefits | | 11 Nonqualified plans | | 12a See Instrs. for Box 12 | |
| 13 Statutory employee / Retirement plan / Third-party sick pay | | 14 Other | | 12b | |
| b Employer's identification number | 36-2683258 | | | 12c | |
| d Employee's social security number | 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 | | | 12d | |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Name of locality |
|---|---|---|---|---|---|---|
| CT | 6326011000 | 4082.75 | | | | |


Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

Dept. of the Treasury - IRS

Form **W-2 Wage and Tax Statement** **2001**

c Employer's name, address, and ZIP code

SALLY BEAUTY COMPANY, INC
3900 MORSE STREET
DENTON TX 76208

e Employee's name, address, and ZIP code

TANYA L ROLLINS
30 CLIFF ST.

NORWICH CT 06360

| Box | Amount | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 7 Social security tips | | 1 Wages, tips, other compensation | 4082.75 | 2 Federal income tax withheld | 111.21 |
| 8 Allocated tips | | 3 Social security wages | 4082.75 | 4 Social security tax withheld | 253.13 |
| 9 Advance EIC payment | | 5 Medicare wages and tips | 4082.75 | 6 Medicare tax withheld | 59.20 |
| 10 Dependent care benefits | | 11 Nonqualified plans | | 12a See Instrs. for Box 12 | |
| 13 Statutory employee / Retirement plan / Third-party sick pay | | 14 Other | | 12b | |
| b Employer's identification number | 36-2683258 | | | 12c | |
| a Employee's social security number | 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 | | | 12d | |

| 15 State | Employer's state I.D. number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Name of locality |
|---|---|---|---|---|---|---|
| CT | 6326011000 | 4082.75 | | | | |