```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

  * * * * * * * * * * * * * * * *
                                 *  DOCKET NO.
  TONYA ROLLINS,                 *  3:01CV951 (CFD)
           PLAINTIFF,            *
                                 *
                                 *
  VS.                            *
                                 *
                                 *
  HEERY INTERNATIONAL, INC., L.C.*
  ASSOCIATES, INC.,              *
           DEFENDANTS.           *
                                 *
  * * * * * * * * * * * * * * * *
```

                              COPY

  -----------------------------------------------------

             DEPOSITION OF:  TONYA ROLLINS

  -----------------------------------------------------


         Taken before Irene A. Janazzo,
  Registered Professional Reporter, Lic./Reg.
  No. 00085, and Notary Public in and for the
  State of Connecticut, pursuant to the Federal
  Rules of Civil Procedure, at the offices of
  Pepe & Hazard, LLP, One Goodwin Square,
  225 Asylum Street, Hartford, Connecticut, on
  May 21, 2002, commencing at 10:10 a.m.



         BRANDON SMITH REPORTING SERVICE, LLC
              11-A Capitol Avenue
              Hartford, CT  06106
              Tel:  (860) 549-1850
              Fax:  (860) 549-1537

| | | |
|---|---|---|
| 1 | | Dunkin Donuts? |
| 2 | A | Yes, it was. |
| 3 | Q | And how long was the suspension? |
| 4 | A | I never even elaborated on it because I found another job. So it never -- they never told me a timeframe. I just found another job. |
| 7 | Q | How long after you were told of the suspension did you find another job? |
| 9 | A | Maybe two days later. |
| 10 | Q | So was -- when you received the suspension, was it your intent to return to work at Dunkin Donuts? |
| 13 | A | It was my intent, but like I said, I found something different a couple days later. |
| 15 | Q | At what point did you find out about the position at Sally's? Let me ask you a different question. |
| 18 | | Did you find out that Sally's was looking for somebody before or after you were suspended by Dunkin Donuts? |
| 21 | A | After. I found this out after. |
| 22 | Q | Were you doing any job searches for other employment while you were at Dunkin Donuts? |
| 24 | A | No, I wasn't. |
| 25 | Q | What was the position at Sally's? |

Page 22

| | | |
|---|---|---|
| 1 | A | I was a night key person, key holder, for the |
| 2 | | store. |
| 3 | Q | How did you find out about that job opening? |
| 4 | A | I had an application on file, and they called |
| 5 | | me in for an interview. |
| 6 | Q | When you say you had an application on file, at |
| 7 | | what point did you submit your application? |
| 8 | A | It was about -- I think maybe a year I had it |
| 9 | | on file with Sally's because I used to -- I go |
| 10 | | in there to get my beauty supplies. |
| 11 | Q | How long after you received the call for the |
| 12 | | interview did you go in and interview? |
| 13 | A | Well, they called me, and I came in the next |
| 14 | | day. |
| 15 | Q | Who did you interview with? |
| 16 | A | For the Norwich store, it was Gigi. I do not |
| 17 | | know her last name. |
| 18 | Q | How long after you interviewed did you find out |
| 19 | | that you received the job? |
| 20 | A | That day. She hired me that day. |
| 21 | Q | What was the position -- I'm sorry. The night |
| 22 | | key holder? |
| 23 | A | Right. |
| 24 | Q | Was that a full-time position? |
| 25 | A | No. It was part-time. |

| | | |
|---|---|---|
| 1 | Q | How many hours a week? |
| 2 | A | It varied between 20 and 35 hours. |
| 3 | Q | What was the wage rate? |
| 4 | A | Seven dollars. |
| 5 | Q | How long were you employed there? |
| 6 | A | Approximately nine months. |
| 7 | Q | So when did you leave Sally's? |
| 8 | A | April 16th. |
| 9 | Q | Of 2002? |
| 10 | A | 2002. |
| 11 | Q | I'm smiling because we have a date attached to |
| 12 | | something. Thank you. How do you remember |
| 13 | | that date so well? |
| 14 | A | I just do. I just remember April 16th was my |
| 15 | | last day there. |
| 16 | Q | Okay. Was your leaving Sally's voluntary or |
| 17 | | involuntary? |
| 18 | A | Voluntary. |
| 19 | Q | Okay. What was the reason for your leaving? |
| 20 | A | No hours. They hired more people, said they |
| 21 | | had to take hours from people. |
| 22 | Q | Now, I'm assuming that you -- correct me if I |
| 23 | | go wrong -- that you started at Sally's within |
| 24 | | a couple of days of getting suspended by Dunkin |
| 25 | | Donuts. You were hired the day of the |

Page 24

```
 1        interview, and then you began right away at
 2        Sally's; is that accurate?
 3    A   I wouldn't say a couple days.  I would say
 4        within that week I did start.  I'm not sure of
 5        the timeframe of when I did start, but I was
 6        happy that I got the job.
 7    Q   Okay.  Do you know how much time was between
 8        the point when you were told that you had the
 9        job to the point when you actually started work
10        at Sally's?
11    A   No, "I'm not."
12    Q   But you think it was no more than a week?
13    A   I'm not sure about that.  I'm not sure of the
14        timing of that, when I started with Sally's.
15        Between Dunkin Donuts and Sally's, I'm not sure
16        of the timeframe in there.
17    Q   But what about the time between you were given
18        the offer by Sally's and then actually started
19        work?
20    A   I'm saying within a week.
21    Q   Okay.  You said that you left Sally's because
22        you didn't get any hours.  Can you give me a
23        sense of how your hours dropped?
24    A   I went from 35 hours I could do in a week down
25        to like 15 in a week.  So they was fluctuating
```

1                    CERTIFICATE OF REPORTER

2          I, Irene A. Janazzo, a Notary Public duly

3   commissioned and qualified in and for the State of

4   Connecticut, do hereby certify that pursuant to notice,

5   there came before me, on the 21st day of May, 2002, the

6   following named person, to wit: TONYA ROLLINS, who

7   was by me duly sworn to testify to the truth and nothing

8   but the truth; that she was thereupon carefully examined

9   upon her oath and her examination reduced to writing under

10  my supervision; that this deposition is a true record of

11  the testimony given by the witness.

12         I further certify that I am neither attorney nor

13  counsel for, nor related to, nor employed by any of the

14  parties to the action in which this deposition is taken

15  and further that I am not a relative or employee of any

16  attorney or counsel employed by the parties hereto, or

17  financially interested in the action.

18         IN WITNESS THEREOF, I have hereunto set my hand

19  and affixed my seal this 3rd day of June, 2002.

20

21                          _____
                                   Irene A. Janazzo
                              Notary Public, Lic. No. 00085

22       My commission expires: December 31, 2003

23

24

25                     Brandon Smith Reporting Service