Page 239

1           UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
2
3
     * * * * * * * * * * * * *
4    TONYA ROLLINS,            )
              Plaintiff,       )
5                              )    CIVIL ACTION NO.
          -vs-                 )    3:01CV951 (CFD)
6                              )
     HEERY INTERNATIONAL, INC. )
7         Defendant.           )
     * * * * * * * * * * * * *
8
9
                      VOLUME II
10                 Pages 239 - 425
11
12
             Continued Deposition of TONYA ROLLINS,
13    taken before Bethany A. Carrier, a Court Reporter
      and Notary Public within and for the State of
14    Connecticut, pursuant to Notice and the Federal
      Rules of Civil Procedure, taken at the offices of
15    Robinson & Cole, 280 Trumbull Street, Hartford,
      Connecticut, on August 26, 2002, commencing at 10:15
16    a.m.
17
18
19
20
21
22
23          Bethany A. Carrier, LSR #071
            Brandon Smith Reporting Service
24              11-A Capitol Avenue
              Hartford, Connecticut  06106
25                (860) 549-1850

1  that's on it.
2           MS. QUACKENBUSH DARIN:  Can we go off the
3  record for a minute?
4           MS. HAERTER:  Let's go off the record.
5
6           (Recess:  10:17 a.m. to 10:18 a.m.)
7
8  BY MS. HAERTER:
9      Q    Ms. Rollins, what's your current address?
10     A    30 Cliff Street in Norwich, Connecticut, Unit
11 3.
12     Q    Have you lived outside the state of
13 Connecticut within the last five years?
14     A    Outside the state as in --
15     Q    Outside the state of Connecticut in any other
16 state.
17     A    No.
18     Q    Have you had a residence or any -- a location
19 that you've used outside the state of Connecticut?
20     A    No.
21     Q    Who's your current employer?
22     A    I do babysitting.
23     Q    Last we met I believe you were working at
24 Sally's.
25     A    Correct.  But I'm doing day care.

Page 246

1   Q   When did you leave Sally's?
2   A   April 15th.
3   Q   2002?
4   A   Correct. I'm sorry.
5   Q   We met in May of 2002.
6   A   Right.
7   Q   You had already left Sally's at that point?
8   A   Right. And I had told you that my last day was
9   April 15th.
10  Q   Okay. When did you get employment or -- well,
11  first, why did you leave Sally's?
12  A   It was a lot of concerns. Hours -- it was a
13  lot of things. The hours, management, I wasn't happy
14  with the management there.
15  Q   Did you leave voluntarily or involuntarily?
16  A   Voluntarily.
17  Q   What was your concern about the management
18  there?
19  A   The store was very tricky. I was always doing
20  the inventory, opening the boxes. Didn't seem like they
21  had a lot of staff. I had to open up almost like 100
22  boxes within three days. And it's not -- the workload
23  was always on me. I never had a lot of help. So I had a
24  lot of concerns.
25  Q   After you left Sally's on April 15, when did

Page 425

1                    STATE OF CONNECTICUT

2

3        I, Bethany A. Carrier, LSR #071, a Notary Public,

4   duly commissioned and qualified in and for the State of

5   Connecticut, do hereby certify that pursuant to Notice,

6   there came before me on the 26th day of August, 2002, the

7   following named person, to wit: TONYA ROLLINS, who was

8   by me duly sworn to testify to the truth and nothing but

9   the truth; that she was thereupon carefully examined upon

10  her oath and her examination reduced to writing under my

11  supervision; that this deposition is a true record of the

12  testimony given by the witness.

13       I further certify that I am neither attorney nor

14  counsel for nor related nor employed by any of the

15  parties to the action in which this deposition is taken,

16  and further that I am not a relative or employee of any

17  attorney or counsel employed by the parties hereto, or

18  financially interested in this action.

19       IN WITNESS THEREOF, I have hereunto set my hand this

20  ___10th___ day of ___September___, 2002.

21

22                        _Bethany Carrier_

                          Bethany A. Carrier, LSR #071
23                        Notary Public

24  My Commission Expires:

    October 31, 2003

25