# SATTI & SATTI
## ATTORNEYS AT LAW

C. Robert Satti, Sr.
(1928-2002)

Holly Quackenbush Darin

Suite 200
225 State Street
New London, CT 06320
Tel: (860) 447-8975
Fax: (860) 447-9136

February 6, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**
Robert Keepnews
Berman and Sable LLC
One Financial Plaza
Hartford, Connecticut 06103

Re:   Rollins v. Heery International, Inc.

Dear Attorney Keepnews:

    Our office is in receipt of the Defendant's Motion to Dismiss and For Sanctions and Costs.[1] However, based upon the following there is no basis for the filing of same and we ask that you withdraw it.

    On December 16, 2003 we supplied your office with supplemental responses. With respect to Interrogatory # 6 which requested details on criminal convictions we specifically advised your office that subject to our previously filed objection, we would submit supplemental information, if any, as soon as possible. On December 15, 2003 our client executed a request for her criminal records which was forwarded by our office to GA 10. (A copy of that letter is attached hereto.)[2] To date, we still do not have a copy of the records requested and when we receive them we will be happy to provide you with a response, as well as with a copy of the documents received, provided such response is appropriate under the Federal Rules of Civil Procedure.[3]

Secondly, you take issue with our response to Interrogatory "21". Your issue appears to be that we did not disclose that the Plaintiff worked at Sally's Beauty Supply in 2002.

---

[1] It is unclear as to why but it appears that the same Motion was filed on January 29, 2004 and again on February 3, 2004
[2] Additionally, in response to our inquiry on January 30, 2004 regarding the status of our client's record request, our office was advised to file an additional request for records which is also attached.
[3] As you are aware, the Plaintiff filed an objection to Interrogatory #6 and has not waived that objection.

Robert Keepnews
Page 2 of 2
February 6, 2004

First and foremost, it should be noted that supplemental responses were intended to supplement Interrogatory 23 rather than Interrogatory 21 and we simply typed a "21"[4] in error. That being said, in the Plaintiff's initial compliance to Interrogatory 23 dated February 21, 2002, we specifically disclosed the Plaintiff's employment with Sally's Beauty Supply as beginning in August 2001 and continuing through "the present" (i.e. February 21, 2002). Thus, any claim that we did not disclose the Plaintiff's employment with Sally's Beauty Supply in 2002 is simply untrue and we take issue with the contention that our client is trying to hide anything.

Based upon the above, we respectfully request that you withdraw your Motion to Dismiss by February 13, 2004.

Sincerely,

*Holly Quackenbush Darin*

Holly Quackenbush Darin

---

[4] Interrogatory 21 of the Defendant's First Set of Interrogatories asked for employment history prior to becoming employed at Heery. Interrogatory #23 on the other hand sought information relating to positions held by the Plaintiff from Heery to the present and is in fact the interrogatory to which the Plaintiff was providing supplemental information.

2

Tonya L. Rollins
17 Boswell Avenue
Apartment 2
Norwich, Connecticut 06360

Prosecuting Attorney's Office
GA 10
112 Broad Street
New London, CT 06320

To Whom it May Concern:

I am writing to request a copy of all of my criminal file records from June 2002 through the present. Please release those documents to my attorney, Holly Quackenbush Darin, 225 State Street, Suite 200, New London, CT 06320.

If you have any questions with regard to this request or require payment for these copies, please contact Attorney Michael Satti or Attorney Holly Quackenbush Darin at (860) 447-8975. Thank you!

Sincerely,

Tonya Rollins
Date of Birth: 07/13/1965

# SATTI & SATTI

## ATTORNEYS AT LAW

C. Robert Satti, Sr.
(1928-2002)

Michael E. Satti
Holly Quackenbush Darin

Suite 200
225 State Street
New London, CT 06320
Tel: (860) 447-8975
Fax: (860) 447-9136
www.sattiandsatti.com

February 3, 2004

State of Connecticut
Department of Public Safety
State Police Bureau of Identification
111 Country Club Road
P.O. Box 2794
Middletown, CT 06457-9294

Re:  Conviction History Information Request

To Whom It May Concern:

Enclosed, please find a Conviction History Information Request Form in connection with our firm's client, Tonya L. Rollins. I have also enclosed a letter signed by Ms. Rollins to GA 10 requesting that her records be released to Attorney Holly Quackenbush Darin.

If you should have any questions in this regard, please feel free to contact our office. Your attention to this matter is greatly appreciated.

Sincerely,

Shannon C. Ahearn
Secretary

Enclosure



# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC SAFETY
State Police Bureau of Identification
1111 Country Club Road
P. O. Box 2794
Middletown, CT 06457-9294

## CONVICTION HISTORY INFORMATION REQUEST FORM

*(Please type or print clearly)*

Name of Requester: __Attorney Holly Q. Darin__    Date: __02/02/04__

Address: __225 State Street, Suite 200__

City: __New London__    State: __CT__    Zip: __06320__

1. Print Full Name and Date of Birth, *maiden name if applicable*, for each subject requested.
2. Enclose a Check or Money Order payable to *"Commissioner of Public Safety"*. The total amount remitted must equal Twenty-Five dollars ($25) for each subject requested.
3. Mail request with check or money order to the address on this form. Attn: SPBI.
4. You can make copies of this form, or download the information from our website: WWW.STATE.CT.US/DPS/SPBI.HTM

| Subject's Last Name | First | MI (Maiden) | Date of Birth |
|---|---|---|---|
| Rollins, | Tonya | L. | 07 / 13 / 1965 |
| | | | / / |
| | | | / / |

**THIS INQUIRY IS BASED ON REQUESTED NAME AND DATE OF BIRTH ONLY.

DPS 846-C
Rev. 2/16/00

*An Equal Opportunity Employer*

Tonya L. Rollins
17 Boswell Avenue
Apartment 2
Norwich, Connecticut 06360

Prosecuting Attorney's Office
GA 10
112 Broad Street
New London, CT 06320

To Whom it May Concern:

I am writing to request a copy of all of my criminal file records from June 2002 through the present. Please release those documents to my attorney, Holly Quackenbush Darin, 225 State Street, Suite 200, New London, CT 06320.

If you have any questions with regard to this request or require payment for these copies, please contact Attorney Michael Satti or Attorney Holly Quackenbush Darin at (860) 447-8975. Thank you!

Sincerely,

Tonya Rollins
Date of Birth: 07/13/1965