CONNECTICUT DEPARTMENT OF PUBLIC SAFETY
STATE POLICE BUREAU OF IDENTIFICATION
P.O. BOX 2794
MIDDLETOWN, CT. 06457-9294

```
SPBI/SID#: CT00377519
FBI#: 873435VA3      III Status/Date: S 06/13/1994
Sex: F    Race: B    Height: 5' 5"    Weight: 130    Hair: BLK    Eyes: BRO
Henry FPC:  IXA XXX      IXA XXX         Place of Birth: CENTERE,AL

  4-Arrest Date: 07/18/2002  Agency: GROTON              Case#:    029713
    Disp   Date: 07/24/2003
    Dkt: K10K-CR02-0267679-S UAR:01376892
    Name: ROLLINS,TONYA L                                DOB: 07/13/1965
    Addr: 30 CLIFF STREET,NO 3,NORWICH,CT 06360          SS#: 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
         Bond:   $2000 (OTHER)                           FP SUPPORTED?: Y
    Chrg   1-LARCENY 4       (53a-125      ) (MISD-A)       1 CT(S)
               1YR JAIL,  1YR SUSP,  18MO PROB
         Offense Occurrence Date: 07/02/2001    Verdict Date: 07/24/2003

  3-Arrest Date: 03/07/2001  Agency: NEW LONDON
    Disp   Date: 11/02/2001
    Dkt: K10K-CR01-0260186-S UAR:01132108
    Name: ROLLINS,TONYA P                                DOB: 07/13/1965
    Addr: 78 LAUREL DR,NEW LONDON,CT 06320               SS#: 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
                                                         FP SUPPORTED?: Y
    Chrg   1-ISSUE BAD CHECK(53a-128      ) (MISD-A)       1 CT(S)
              CONDITIONAL DISCHARGE
               3MO JAIL,  3MO SUSP,  1YR COND DISCH
         Offense Occurrence Date: 07/25/2000    Verdict Date: 11/02/2001
```

Requested Case 3:01-cv-00951-CFD  Document 84-12  Filed 03/11/2004  Page 1 of 1