FILED

2004 MAR 30  P 2: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| TONYA ROLLINS | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV951 (CFD) |
| V. | |
| HEERY INTERNATIONAL, INC. | |
| DEFENDANT | |

MARCH 29, 2004

## PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR RECONSIDERATION DATED MARCH 21, 2003

The Plaintiff, Tonya Rollins, hereby moves to withdraw the Motion for Reconsideration filed on or about March 21, 2003 on the basis that it is moot. In support of this Motion the Plaintiff represents:

1. On or about February 27, 2003 the Defendant's counsel filed a "Withdrawal of Appearance" signed both Ursula L. Haerter and Erin K. O'Brien which was granted by the Court on March 18, 2003.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

2. On March 21, 2003 the Plaintiff filed a Motion for Reconsideration on the basis that a Motion for Sanctions was pending and was directed at the conduct of the Plaintiff's prior counsel. The Motion for Sanctions was denied on August 14, 2003 and thus the Motion for Reconsideration based thereon is moot.

WHEREFORE, for all the foregoing reasons the Plaintiff respectfully requests that the Court grant this Motion to Withdraw the Plaintiff's Motion for Reconsideration dated March 21, 2003.

THE PLAINTIFF,
TONYA ROLLINS

By: _____
Holly Quackenbush Darin (Ct. 10183)
Michael E. Satti (Ct. 01311)
Satti & Satti, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
-Her Attorneys-

2

## CERTIFICATION

The undersigned hereby certified that the foregoing motion was mailed, first class, postage prepaid, this 29th day of March 2004 to all counsel and pro se parties of record as listed below:

Robert L. Keepnews
Suzanne M. LaPlante
Berman & Sable
100 Pearl Street
Hartford, CT 06103

_____
Holly Quackenbush Darin

3