FILED

2003 MAR 24 P 12: 25

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| TONYA ROLLINS | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV951 (CFD) |
| V. | |
| HEERY INTERNATIONAL, INC. | |
| DEFENDANT | |

MARCH 21, 2003

### PLAINTIFF'S MOTION FOR RECONSIDERATION
### AND MEMORAUDUM OF LAW

The Plaintiff, Tonya Rollins, hereby moves pursuant to Local Rule 7(c) for the Court to reconsider its decision on Ursula L. Haerter and Erin K. O'Brien's Withdrawals of Appearance for the following reasons:

1. On February 27, 2003 at 9:05 a.m. the Plaintiff's counsel faxed a copy of a letter to this Court to Attorney Haerter, Defendant's counsel, requesting a status conference.

**NO ORAL ARGUMENT REQUESTED**

1

*[Margin annotation, left side, rotated]:* DENIED, as moot, in light of Magistrate Judge Garfinkel's Ruling on the plaintiff's motion for sanctions, dated August 14, 2003. So ordered.

Christopher F. Droney
United States District Judge
3/31/04