UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV951(CFD) |
| V. | : | |
| HEERY INTERNATIONAL, INC., | : | |
| L.C. ASSOCIATES, INC. | : | |
| Defendants | : | MAY 9, 2003 |

## MOTION TO COMPEL PURSUANT TO COURT'S FEBRUARY 6, 2003 ORDER

Pursuant to the Court's (Droney, J.) order at a hearing conducted on February 6, 2003, the Plaintiff, Tonya Rollins, submits the following Motion to Compel seeking to compel the deposition of Attorney Nikonovich-Kahn and the production of any documents withheld by the Defendant on the basis of the attorney-client privilege.

The Plaintiff has attached a Memorandum of Law in support of this Motion to Compel.

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

DENIED, without prejudice to renewing prior to trial. So ordered.

Christopher F. Droney
United States District Judge
3/31/04