UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 31  P 3: 08
U.S. DISTRICT COURT
HARTFORD, CT.

TONYA ROLLINS,
   Plaintiff,

v.

HEERY INTERNATIONAL, INC.,
   Defendant.

: Civil Action No. 3:01CV951 (CFD)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_ A ruling on the following motions which are currently pending: (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 31st day of March 2004, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge