86

FILED

2004 MAR 30 P 2: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

*Denied as moot. So orderd. /s/ CFD - 4/21/04*

| | |
|---|---|
| TONYA ROLLINS<br><br>　　　　PLAINTIFF,<br>V.<br><br>HEERY INTERNATIONAL, INC.<br><br>　　　　DEFENDANT | CIVIL ACTION NO.<br>3:01CV951 (CFD) |

MARCH 29, 2004

FILED 2004 APR 2 A 10: 39 U.S. DISTRICT COURT

### PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR RECONSIDERATION DATED MARCH 21, 2003

The Plaintiff, Tonya Rollins, hereby moves to withdraw the Motion for Reconsideration filed on or about March 21, 2003 on the basis that it is moot. In support of this Motion the Plaintiff represents:

1. On or about February 27, 2003 the Defendant's counsel filed a "Withdrawal of Appearance" signed both Ursula L. Haerter and Erin K. O'Brien which was granted by the Court on March 18, 2003.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1