UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:01CV951 (CFD) |
| | : | |
| V. | : | |
| | : | |
| HEERY INTERNATIONAL, INC., | : | |
| Defendant | : | MAY 4, 2004 |
| | : | |

MOTION UPON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules for the United States District Court for the District of Connecticut, the Defendant, Heery International, Inc. ("Heery"), respectfully moves the Court for an extension of time, up to and through June 15, 2004, within which to complete discovery. Heery submits that this extension of time is necessary in order to conduct depositions of three non-party witnesses having information relevant to this matter. Counsel for the Plaintiff, Tonya Rollins ("Plaintiff") has been contacted and has no objection to this requested extension of time to complete discovery.

In further support of the instant Motion, Heery submits the following:

1. On or about September 25, 2003, this Court granted Plaintiff's "Motion for Extension of Time", dated January 23, 2003 (Doc. No. 55-1), which sought an additional forty-five days to complete discovery after the Court ruled on (1) Plaintiff's Motion to

Compel and Motion for Sanctions, filed on December 23, 2002 (collectively, Doc. No. 46) (collectively, "Motion to Compel Documents"), and (2) Heery's Motion for Protective Order and Motion to Quash, filed on December 10, 2002 (collectively, Doc. No. 38).

2. On or about February 6, 2003, the Court held a hearing on Plaintiff's Motion to Compel Documents (Doc. No. 46) and took the Motion to Compel Documents under advisement. At said hearing, the Court also ordered that the Plaintiff file a motion ("Motion to Compel Deposition") for certain documents and testimony that were objected to in Heery's Motion for Protective Order and Motion to Quash (collectively, Doc. No. 38).

3. On May 12, 2003, The Plaintiff filed the Motion to Compel Deposition (Doc. No. 71), pursuant to the Court's order.

4. On August 14, 2003, this Court ruled on the Plaintiff's Motion to Compel Documents (Doc. No. 46).

5. On March 31, 2004, the Court ruled on Plaintiff's Motion to Compel Deposition (Doc. No. 71).

6. In light of the foregoing, the discovery deadline in this case should be May 15, 2004. Said date is forty-five days after the Court ruled on the Plaintiff's Motion to Compel Deposition (Doc. No. 71).

**BERMAN AND SABLE LLC**
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

7.  As aforementioned, Heery requires the requested extension of time in order to conduct depositions of three non-party witnesses having information relevant to the defense of this matter. Those non-parties are as follows: (1) Kajuana Hamilton; (2) Jeffrey Kyner; and (3) Joan Dignoti.

8.  In particular, all three non-parties worked in the Heery document control center located in Old Saybrook during the time Plaintiff worked at that document control center. Moreover, Jeffrey Kyner is the Heery employee Plaintiff alleges to be the perpetrator of her alleged "sexual harassment" and the person who allegedly obtained the assistant supervisor document control position "sought" by Plaintiff on or about April 1999. See Plaintiff's Complaint, dated May 25, 2001, ¶¶13, 30.

9.  Furthermore, said non-parties may only be compelled to appear at a deposition by way of a subpoena. Heery, therefore, requires the requested additional time in order to cause proper service of a subpoena within a reasonable time before each deposition. Indeed, the current discovery deadline of May 15, 2004 will not afford Heery enough time to cause service of a subpoena on all three non-parties within a reasonable time before his or her deposition.

10. In addition, with respect to prior motions on the same subject matter, Heery filed a motion for an extension of time to complete discovery, on March 21, 2002. Thereafter,

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699 • JURIS NO. 03840

on May 21, 2002 and July 31, 2002, the parties filed joint motions for an extension of time to complete discovery.

    11.    Finally, as of the date of this motion, no trial date has been set for this case.

WHEREFORE, the defendant, Heery International, Inc. respectfully requests that this Court grant an extension of time, up to and through June 15, 2004 to complete discovery in this case.

 

DEFENDANT,
HEERY INTERNATIONAL, INC.

By: _____
Suzanne LaPlante
Berman and Sable, LLC, its attorneys
One Financial Plaza, 20th Floor
Hartford, CT 06103
Telephone - (860) 527-9699
Facsimile - (860) 527-9077
Federal Bar No. ct22337

4

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time, dated May 4, 2004 was mailed this 4th day of May, 2004, via U.S. mail, first class, postage prepaid to:

Holly Quackenbush Darin, Esq.
Michael E. Satti, Esq.
Satti & Satti
225 State Street, Suite 200
New London, Connecticut  06320

*Suzanne LaPlante* (signature)
Suzanne LaPlante

F:\USERS\SHARED\LIT\Heery-Rollins\0504 Motion for Extension of Time.doc

**BERMAN AND SABLE LLC**
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840