## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:01CV951 (CFD) |
| | : | |
| V. | : | |
| | : | |
| HEERY INTERNATIONAL, INC., | : | |
| Defendant | : | JUNE 15, 2004 |
| | : | |

### MOTION UPON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules for the United States District Court for the District of Connecticut, the Defendant, Heery International, Inc. ("Heery"), respectfully moves the Court for an extension of time, up to and through August 15, 2004, within which to complete discovery. Heery submits that this extension of time is necessary so that Heery can depose Kajuana Hamilton, Jeffrey Kyner, and Joan Dignoti, all of whom are non-party witnesses with information relevant to the defense of this matter. More specifically, Heery, despite diligent effort by a Connecticut State Marshal, has not yet been able to effect proper service of a subpoena upon each of these non-party witnesses to compel their depositions, which were duly noticed. The requested extension of time will enable Heery to investigate and determine the whereabouts and current residence of each of these non-party witnesses and afford Heery enough time to effect proper service of a subpoena on them for a deposition.

Counsel for the Plaintiff, Tonya Rollins ("Plaintiff") has been contacted and has no objection to this requested extension of time to complete discovery.

In further support of the instant Motion, Heery submits the following:

1.      On May 6, 2004, the Court granted Heery's "Motion Upon Consent for Extension of Time", dated May 4, 2004 ("May Motion") and, thereby, extended the deadline to complete discovery, in this case, until June 15, 2004.  A copy of the Electronic Case Filing Notice of said order is attached hereto as **Exhibit A**.

2.      Thereafter, Heery's counsel reviewed the file and obtained the residential address of all three of the aforementioned non-party witnesses, in order to cause proper service of a subpoena on each of them.  Heery's counsel then confirmed, via the internet, that said residential addresses were current as to all three of them.

3.      Thereafter, on May 12, 2004, Heery served "Notices of Deposition" ("Deposition Notices") on the Plaintiff as to these non-party witnesses.  Heery also sent subpoenas to a marshal for service on the non-party witnesses at the aforementioned residential addresses, along with the requisite witness and travel fees. A copy of said Notices of Deposition and the front page of said subpoenas are attached hereto as **Exhibit B** and **Exhibit C** respectively.

2

4.     Said Marshal made diligent effort but was unable to cause service of the subpoenas on the aforementioned non-party witnesses.

5.     On account of the inability to effect proper service of the subpoenas, Heery's counsel cancelled the depositions noticed in the Deposition Notices.

6.     As mentioned above, Heery now requires the requested extension of time in order to confirm or determine the actual, current residences of these witnesses and to effect service of a subpoena on any of them that still reside in the State of Connecticut.  Heery desires to conduct depositions of these three non-party witnesses since they have information relevant to the defense of this matter.

7.     In particular, as mentioned in the May Motion, all three of them worked in the Heery document control center located in Old Saybrook during the time Plaintiff worked at that document control center.  Moreover, Jeffrey Kyner is the Heery employee Plaintiff alleges to be the perpetrator of her alleged "sexual harassment" and the person who allegedly obtained the assistant supervisor document control position "sought" by Plaintiff on or about April 1999. See Plaintiff's Complaint, dated May 25, 2001, ¶¶13, 30.

8.     Furthermore, the non-parties may only be compelled to appear at a deposition by way of a subpoena.

**BERMAN AND SABLE LLC**
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

9.    In addition, with respect to prior motions on the same subject matter, Heery filed a motion for an extension of time to complete discovery, on March 21, 2002.  Thereafter, on May 21, 2002 and July 31, 2002, the parties filed joint motions for an extension of time to complete discovery.  On May 4, 2004, Heery filed its May Motion, which sought an extension of time of thirty days to complete discovery.

10.    Finally, as of the date of this motion, no trial date has been set for this case.

WHEREFORE, the defendant, Heery International, Inc. respectfully requests that this Court grant an extension of time, up to and through August 15, 2004 to complete discovery in this case.

DEFENDANT,
HEERY INTERNATIONAL, INC.

By: _____
Suzanne LaPlante
Berman and Sable, LLC, its attorneys
One Financial Plaza, 20th Floor
Hartford, CT  06103
Telephone - (860) 527-9699
Facsimile - (860) 527-9077
Federal Bar No. ct22337

4

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing Motion Upon Consent for Extension of

Time, dated June 15, 2004 was mailed this 15th day of June, 2004, via U.S. mail, first class,

postage prepaid to:

Holly Quackenbush Darin, Esq.
Michael E. Satti, Esq.
Satti & Satti
225 State Street, Suite 200
New London, Connecticut  06320

_____
Suzanne LaPlante

5

**BERMAN AND SABLE LLC**
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

**EXHIBIT A**

**Suzanne LaPlante**

---

**From:**    CMECF@ctd.uscourts.gov
**Sent:**    Friday, May 07, 2004 12:02 AM
**To:**    CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:01-cv-00951-CFD Rollins v. Heery Intl Inc, et al**
**Motion for Extension of Time   91**

**Docket Text:**
MOTION for Extension of Time until 6/15/04 to complete discovery by Heery Intl Inc. (Gothers, M.)

**3:01-cv-00951-CFD Rollins v. Heery Intl Inc, et al**
**Order on Motion for Extension of Time   92**

**Docket Text:**
ORDER granting [91] Motion for Extension of Time . Signed by Judge Christopher F. Droney on 5/6/04. (Newcomb, P.)

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS, | : | CIVIL ACTION NO.: |
|     Plaintiff, | : | 3:01CV951 (CFD) |
| | : | |
| V. | : | |
| | : | |
| HEERY INTERNATIONAL, INC., | : | |
|     Defendant. | : | |
| | : | MAY 12, 2004 |

## NOTICE OF DEPOSITION

TO:    Michael E. Satti, Esq.
        Holly Quackenbush Darin, Esq.
        Satti & Satti, P.C.
        225 State Street, Suite 200
        New London, Connecticut 06320
        <u>Attorneys for Plaintiff, Tonya Rollins</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, the Defendant, Heery International, Inc., through counsel, will take the deposition

upon oral examination of **JOAN DIGNOTI, 22 Blake Avenue, Clinton, Connecticut**

**06413 on JUNE 10, 2004 at 10:00 a.m.,** at Berman and Sable LLC, One Financial Plaza, 20th

Floor, Hartford, Connecticut 06103 before Niziankiewicz & Miller Deposition Services or a

notary public or other competent authority. Said deposition shall be recorded by stenographic

means. The deposition will continue from day to day until completed.

DEFENDANT,
HEERY INTERNATIONAL, INC.

BY: _____
        Suzanne LaPlante
        Berman and Sable LLC
        One Financial Plaza
        Hartford, CT 06103
        Telephone: (860) 527-9699
        Facsimile:  (860) 527-9077
        Slaplante@bermansable.com
        Federal Bar No. ct22337

## CERTIFICATION OF SERVICE

This is to certify that the original Notice of Deposition of Joan Dignoti was sent via

U.S. Mail, first class, postage prepaid, on this 12th day of May, 2004 to:

Michael E. Satti, Esq.
Holly Quackenbush Darin, Esq.
Satti & Satti, P.C.
225 State Street, Suite 200
New London, Connecticut  06320

SUZANNE LAPLANTE

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| TONYA ROLLINS, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:01CV951 (CFD) |
|  | : |  |
| V. | : |  |
|  | : |  |
| HEERY INTERNATIONAL, INC., | : |  |
| Defendant. | : |  |
|  | : | MAY 12, 2004 |

### NOTICE OF DEPOSITION

TO:    Michael E. Satti, Esq.
        Holly Quackenbush Darin, Esq.
        Satti & Satti, P.C.
        225 State Street, Suite 200
        New London, Connecticut 06320
        <u>Attorneys for Plaintiff, Tonya Rollins</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendant, Heery International, Inc., through counsel, will take the deposition upon oral examination of **JEFFREY KYNER, 16 Daboll Road, Groton, Connecticut 06340 on June 11, 2004 at 10:00 a.m.,** at Berman and Sable LLC, One Financial Plaza, 20th Floor, Hartford, Connecticut 06103 before Niziankiewicz & Miller Deposition Services or a notary public or other competent authority. Said deposition shall be recorded by stenographic means. The deposition will continue from day to day until completed.

DEFENDANT,
HEERY INTERNATIONAL, INC.

BY: Suzanne LaPlante

Suzanne LaPlante
Berman and Sable LLC
One Financial Plaza
Hartford, CT 06103
Telephone: (860) 527-9699
Facsimile:  (860) 527-9077
Slaplante@bermansable.com
Federal Bar No. ct22337

## CERTIFICATION OF SERVICE

This is to certify that the original Notice of Deposition of Jeffrey Kyner was sent via

U.S. Mail, first class, postage prepaid, on this 12th day of May, 2004 to:

Michael E. Satti, Esq.
Holly Quackenbush Darin, Esq.
Satti & Satti, P.C.
225 State Street, Suite 200
New London, Connecticut  06320

_____
SUZANNE LAPLANTE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:01CV951 (CFD) |
| | : | |
| V. | : | |
| | : | |
| HEERY INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| | : | MAY 12, 2004 |

## NOTICE OF DEPOSITION

TO:    Michael E. Satti, Esq.
Holly Quackenbush Darin, Esq.
Satti & Satti, P.C.
225 State Street, Suite 200
New London, Connecticut  06320
Attorneys for Plaintiff, Tonya Rollins

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, the Defendant, Heery International, Inc., through counsel, will take the deposition

upon oral examination of **KAJUANA HAMILTON, 420 Asylum Street, Norwich,**

**Connecticut  06360 on June 15, 2004 at 10:00 a.m.,** at Berman and Sable LLC, One

Financial Plaza, 20th Floor, Hartford, Connecticut  06103 before Niziankiewicz & Miller

Deposition Services or a notary public or other competent authority.  Said deposition shall be

recorded by stenographic means.  The deposition will continue from day to day until completed.

DEFENDANT,
HEERY INTERNATIONAL, INC.

BY: _____
Suzanne LaPlante
Berman and Sable LLC
One Financial Plaza
Hartford, CT 06103
Telephone: (860) 527-9699
Facsimile:  (860) 527-9077
Slaplante@bermansable.com
Federal Bar No. ct22337

## CERTIFICATION OF SERVICE

This is to certify that the original Notice of Deposition of Kajuana Hamilton was sent

via U.S. Mail, first class, postage prepaid, on this 12th day of May, 2004 to:

Michael E. Satti, Esq.
Holly Quackenbush Darin, Esq.
Satti & Satti, P.C.
225 State Street, Suite 200
New London, Connecticut  06320



SUZANNE LAPLANTE

# EXHIBIT C

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF

CONNECTICUT

TONYA ROLLINS

**V.**

HEERY INTERNATIONAL, INC.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: ' 3:01CV951 (CFD)

TO:  JOAN DIGNOTI
     22 BLAKE AVENUE
     CLINTON, CT  06413

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  LAW OFFICES OF BERMAN AND SABLE LLC  ONE FINANCIAL PLAZA, 20th FLOOR, HARTFORD, CT  06103 | DATE AND TIME  THURSDAY  JUNE 10, 2004 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Suzanne Laplante* , ATTORNEY FOR DEFENDANT | MAY 12, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  SUZANNE LAPLANTE, ESQ., BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, 20th FLOOR, HARTFORD, CT  06103  (860) 527-9699

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF

CONNECTICUT

TONYA ROLLINS

V.

HEERY INTERNATIONAL, INC.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: ' 3:01CV951 (CFD)

TO:     JEFFREY KYNER
        16 DABOLL ROAD
        GROTON, CT  06340

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION     LAW OFFICES OF BERMAN AND SABLE LLC<br>ONE FINANCIAL PLAZA, HARTFORD, CT  06103 | DATE AND TIME<br>FRIDAY<br>JUNE 11, 2004 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*Suzanne LaPlante*   , ATTORNEY FOR DEFENDANT | DATE<br>MAY 12, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  SUZANNE LAPLANTE, ESQ., BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, 20th FLOOR, HARTFORD, CT  06103  (860) 527-9699

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

AO 88 (Rev. 1/94) Subpoena in a Civil Case

---

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TONYA ROLLINS

V.

HEERY INTERNATIONAL, INC.

### SUBPOENA IN A CIVIL CASE

CASE NUMBER: 3:01CV951 (CFD)

TO:    KAJUANA HAMILTON
       420 ASYLYM STREET
       NORWICH, CT  06360

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    LAW OFFICES OF BERMAN AND SABLE LLC ONE FINANCIAL PLAZA, 20th FLOOR, HARTFORD, CT  06103 | DATE AND TIME    TUESDAY, JUNE 15, 2004 at 10:00 a.m |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Suzanne LaPlante_    , ATTORNEY FOR DEFENDANT | MAY 12, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  SUZANNE LAPLANTE, ESQ.  BERMAN AND SABLE LLC  ONE FINANCIAL PLAZA, 20th FLOOR, HARTFORD, CT  06103  (860) 527-9699

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)