UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS<br>    Plaintiff, | CIVIL ACTION NO.:<br>3:01CV951 (CFD) |
| V. | |
| HEERY INTERNATIONAL, INC.,<br>    Defendant | AUGUST 13, 2004 |

## MOTION UPON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules for the United States District Court for the District of Connecticut, the Defendant, Heery International, Inc. ("Heery"), respectfully moves the Court for an extension of time, up to and through October 13, 2004, within which to complete discovery. Heery submits that this extension of time is necessary particularly with respect to the deposition of Kajuana Hamilton, a non-party witness with information relevant to the defense of this matter. Heery, through continued diligent effort was only recently able to effect proper service of a subpoena upon Ms. Hamilton to compel her deposition, which was duly noticed. Counsel for the Plaintiff, Tonya Rollins ("Plaintiff") has been contacted and has no objection to this requested extension of time to complete discovery.

In further support of the instant Motion, Heery submits the following:

1. The deposition of Ms. Hamilton was noticed for August 10, 2004. Because of a scheduling conflict, counsel for <u>Plaintiff</u> requested that the deposition be rescheduled to a later date. The non-party deponent has also requested that her deposition be conducted in September to accommodate her personal commitments and schedule.

2. The requested extension of time to complete discovery is needed to conduct an essential deposition while, at the same time, extending reasonable and appropriate courtesies to a non-party witness presently under subpoena.

3. With respect to prior motions on the same subject matter, Heery filed a motion for an extension of time to complete discovery, on March 21, 2002. Thereafter, on May 21, 2002 and July 31, 2002, the parties filed joint motions for an extension of time to complete discovery. On May 4, 2004 and June 15, 2004, Heery filed additional joint motions, which also sought an extension of time to complete discovery.

4. Finally, as of the date of this motion, no trial date has been set for this case.

WHEREFORE, the defendant, Heery International, Inc. respectfully requests that this Court grant an extension of time, up to and through October 13, 2004 to complete discovery in this case.

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699   •   JURIS NO. 03840

DEFENDANT,
HEERY INTERNATIONAL, INC.

By: /s/ Robert L. Keepnews
Robert L. Keepnews
Berman and Sable, LLC, its attorneys
One Financial Plaza, 20th Floor
Hartford, CT  06103
Telephone - (860) 527-9699
Facsimile - (860) 527-9077
Federal Bar No. ct22337

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion Upon Consent for Extension of Time, dated August 13, 2004 was mailed this 13th day of August, 2004, via U.S. mail, first class, postage prepaid to:

Holly Quackenbush Darin, Esq.
Michael E. Satti, Esq.
Satti & Satti
225 State Street, Suite 200
New London, Connecticut 06320

*[signature]*
Robert L. Keepnews

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699   •   JURIS NO. 03840

L:\Heery-Rollins\Motion Upon Consent for Extension of Time.doc

5

**BERMAN AND SABLE LLC**
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699 • JURIS NO. 03840