# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV00951 (CFD) |
| V. | |
| HEERY INTERNATIONAL, INC., | |
| DEFENDANTS. | |

OCTOBER 19, 2004

**GRANTED.** absent objection
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/9/04

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Loc.Civ.R. 7(e), the undersigned hereby moves to withdraw her appearance for the following Plaintiff: Tonya Rollins. The undersigned represents that there is good cause for this motion and states such as follows:

1. The undersigned is no longer associated with the firm of Satti & Satti, P.C.;

2. The parties will not be prejudiced as the Plaintiff will still be represented by Michael E. Satti of Satti, Provatas & McNamara, P.C.; and

3. The undersigned is unable to send this Motion via certified mail to the Plaintiff as she does not have any knowledge regarding the Plaintiff's mailing address or phone number.

FILED 2004 NOV 12 A 8:19 U.S. DISTRICT COURT HARTFORD, CT.

FILED 2004 OCT 22 A 10:51 U.S. DISTRICT COURT HARTFORD, CT.