UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA ROLLINS | : CIVIL ACTION NO.: |
| Plaintiff, | : 3:01CV951 (CFD) |
| | : |
| V. | : |
| | : |
| HEERY INTERNATIONAL, INC., | : |
| Defendant | : JUNE 29, 2005 |
| | : |

**MOTION UPON CONSENT FOR EXTENSION OF TIME AND FOR REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Defendant in the above-captioned Motion hereby moves the Court for an Order referring this matter to the Honorable Thomas P. Smith, United States Magistrate Judge, for purpose of Settlement Conference, and Defendant further moves pursuant to Local Rule 7(b) for an Order extending the date for filing (if necessary) of the parties' Joint Trial Memorandum until a date thirty (30) days following the conduct of such Settlement Conference. The undersigned counsel for Defendant has conferred with counsel for Plaintiff, Michael E. Satti, Esq., who, for the reasons hereafter stated, joins in this Motion.

As good cause for the granting of the relief requested, Defendant would offer the following:

1.      Counsel for Defendant commenced a bifurcated trial on May 19, 2005, before the Honorable Janet Bond Arterton, United States District Judge. Upon ruling upon the declaratory judgment aspects of that case, Judge Arterton held further trial proceedings in abeyance, pending a Settlement Conference scheduled for July 8, 2005. Should such conference not achieve its desired objective, trial of that matter would resume in accordance with further order of Judge Arterton.

2.      Counsel for Plaintiff only recently and suddenly lost the services of an associate attorney who had been involved in the file for some time and who was intimately familiar with this voluminous and, in some respects, complex case. In addition to requesting referral to Magistrate Judge Smith for a substantive and comprehensive settlement conference, counsel for Plaintiff joins in this Motion to permit him needed time to both prepare for such conference and, to the extent necessary, to participate meaningfully in preparation of the Joint Trial Memorandum. Both counsel in this case are members of relatively small law firms and, therefore, less able to re-staff files at a crucial juncture of the litigation.

3.      In addition, Defendant's counsel is successor counsel and Plaintiff's counsel recently commenced a dialogue between counsel that caused him to request the subject referral to Magistrate Judge Smith. Plaintiff's counsel does not object to such request to the

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

extent that it ensures the exhaustion of all possible avenues of resolution prior to proceeding to what would appear to be a lengthy trial.

4.   It is respectfully submitted that the granting of this Motion will preserve judicial resources and promote the efficient disposition of this mater whether by settlement, or otherwise.

5.   This is the first extension of time requested with regard to the subject filing date.

                                      DEFENDANT,
                                      HEERY INTERNATIONAL, INC.

                                      By: /s/ Robert L. Keepnews
                                      Robert L. Keepnews
                                      Berman and Sable, LLC, its attorneys
                                      One Financial Plaza, 20th Floor
                                      Hartford, CT  06103
                                      Telephone - (860) 527-9699
                                      Facsimile - (860) 527-9077
                                      Federal Bar No. ct06787

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion Upon Consent for Extension of Time and Referral to United States Magistrate Judge for Settlement Conference was mailed this 29th day of June, 2005, via U.S. mail, first class, postage prepaid to:

Michael E. Satti, Esq.
Satti & Satti
225 State Street, Suite 200
New London, Connecticut  06320

*Robert L. Keepnews*
Robert L. Keepnews

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840