UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS | : | CIVIL ACTION NO. |
| | : | 3:01CV951(CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| HEERY INTERNATIONAL, INC., | : | |
| L.C. ASSOCIATES, INC. | : | |
| Defendants | : | JANUARY 19, 2006 |

## APPEARANCE

Please enter the appearance of the undersigned counsel as attorney for the Plaintiff in the above-captioned matter.

THE PLAINTIFF,
TONYA ROLLINS

By: _____
Don M. Hodgdon
Michael E. Satti
Attorney At Law, LLC
Suite 111
107 Wilcox Road
Stonington, CT 06378
Tel: (860) 536-1018
Fax: (860) 536-4094
Federal Bar No. ct26782
dhodgdon@sattilaw.com

## CERTIFICATION

This is to certify that on this 19th of January, 2006 the foregoing was sent via First Class Mail, postage prepaid, to the following attorneys of record:

Robert L. Keepnews
Berman & Sable, L.L.C.
One Financial Plaza
Hartford, CT  06103


_____
Don M. Hodgdon
Commission of the Superior Court