UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS | : | CIVIL ACTION NO. |
| | : | 3:01CV951(CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| HEERY INTERNATIONAL, INC., | : | |
| L.C. ASSOCIATES, INC. | : | |
| Defendants | : | JANUARY 19, 2006 |

## MOTION FOR EXTENSION OF TIME TO FILE STIPULATED NOTICE OF DISMISSAL

In accordance with Rule 7(b), the Plaintiff, Tonya Rollins, hereby requests an extension of time in which to file a Stipulated Notice of Dismissal in accordance with rule 41(B). At the present time, the Plaintiff is waiting for the settlement check and settlement agreement that was sent to the Plaintiff firm's previous address by the Defendant inadvertently. I have personally attempted to contact opposing counsel and have left a voicemail message requesting his consent to this motion. I have been unable to ascertain opposing counsel's position

This motion is submitted in order to conform in a timely manner with the Courts deadline of January 18, 2005.

THE PLAINTIFF,
TONYA ROLLINS

By: _____
Don M. Hodgdon
Suite 111
107 Wilcox Road
Stonington, CT 06378
Federal Bar Number: Ct26782
(860) 536-1018
(860) 536-4094 Facsimile
Her Attorney

## CERTIFICATION

This is to certify that on this 19th day of January, 2006, the foregoing was sent First Class Mail, postage prepaid, to the following attorney of record:

Robert L. Keepnews
Berman & Sable, L.L.C.
One Financial Plaza
Hartford, CT 06103

_____
Don M. Hodgdon