UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TONYA ROLLINS                   :

    Vs                          :         Case No.3:01CV951(CFD)

HEERY INTL INC.
                                :

**JUDGMENT**

    Counsel of record having reported to the court on December 19, 2005, that the above-entitled cases has settled;

    It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

    Dated at Hartford, Connecticut, February 28, 2006.

                                KEVIN F. ROWE, Clerk


                                BY:/s/Devorah Johnson
                                    Devorah Johnson
                                    Deputy Clerk